IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELEOPMENT,<br><br>    Plaintiff,<br>v.<br><br>ZTE CORPORATION, ZTE (USA), INC., AND ZTE (TX), INC.,<br><br>    Defendants | Case No. 6:20-cv-487-ADA |

## ORDER

**NOW** this matter is before the Court on Defendant ZTE (TX) Inc.'s Unopposed Motion, filed on September 25, 2020, seeking an enlargement of time to answer or otherwise plead to the Complaint. The current deadline for Defendant to answer or otherwise plead is September 29, 2020. Defendant has requested an additional ten (10) days from the current deadline, until October 9, 2020, to make its filing. Plaintiff offers no objection to the enlargement of time requested by Defendant.

The Court **FINDS** good cause exists to grant the relief requested.

**IT IS THEREFORE ORDERED THAT** Defendant shall have an additional ten (10) days, until Friday, October 9, 2020, to file their answer or responsive motion.

**DATED THIS** ____ **day of** _____, 2020.

_____
ALAN D. ALBRIGHT
JUDGE OF THE DISTRICT COURT