IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § | CIVIL ACTION NO. 6:20-CV-00487-ADA |
| Plaintiff, v. | | **JURY TRIAL DEMANDED** |
| ZTE CORPORATION; ZTE (USA), INC.; AND ZTE (TX), INC., Defendant. | | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
RESPONSE BRIEF DEADLINES TO MOTIONS TO DISMISS**

Having considered the Unopposed Motion to Extend Response Brief Deadlines to Motions to Dismiss filed by Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), the Court is of the opinion that the motion is well taken and should be GRANTED. It is therefore ORDERED that WSOU's deadline to file response to Defendant's Motions to Dismiss, Dkt. Nos. 23, 24, 25 (corrected by Dkt. 26 and 27), is extended to November 6, 2020.