IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>     Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC.,<br><br>     Defendant. | Case No. 6:20-cv-00487-ADA<br>Case No. 6:20-cv-00488-ADA<br>Case No. 6:20-cv-00489-ADA<br>Case No. 6:20-cv-00490-ADA<br>Case No. 6:20-cv-00491-ADA<br>Case No. 6:20-cv-00492-ADA<br>Case No. 6:20-cv-00492-ADA<br>Case No. 6:20-cv-00493-ADA<br>Case No. 6:20-cv-00494-ADA<br>Case No. 6:20-cv-00496-ADA<br>Case No. 6:20-cv-00497-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT CASE READINESS STATUS REPORT

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC and Defendants ZTE Corporation, ZTE (USA) Inc, and ZTE (TX) Inc. hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff WSOU filed 11 complaints in the above-numbered cases on June 3, 2020. Through extension, Defendants filed Motions to Dismiss or Transfer on October 9, 2020. Through extensions, Plaintiff's deadline to respond the Motions to Dismiss is November 9, 2020.

## RESPONSES TO THE COMPLAINTS

Defendants filed Motions to Dismiss or Alternatively Transfer all of the cases on October 9, 2020.

## PENDING MOTIONS

Each Defendant filed Motions to Dismiss or Alternatively Transfer in each of the 11 cases challenging the venue as improper. There are no other pending motions. With the granted extensions, Plaintiff has until November 9 to respond.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The above-numbered cases were all filed by Plaintiff against Defendants in this District. There are no known related cases.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings with respect to the patents asserted in the above-numbered cases.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent in each of the above 11 suits; Plaintiff has not yet disclosed its asserted claims. Plaintiff will timely serve its infringement contentions including the asserted claims pursuant to any order set forth in the Order Governing Proceedings.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties believe appointment of a technical adviser would be beneficial due to the highly technical aspects of these cases.

## MEET AND CONFER STATUS

The parties raise the following pre-*Markman* issues:

***Conduct of Markman Hearing*** – the parties understand that the Court has scheduled these cases for *Markman* on May 20-21, 2021. The parties are meeting and conferring and will make a proposal to the Court for orderly presentation of the claim construction issues presented in the above-numbered cases over the two days allocated for hearing.

***Protective Order*** – the parties anticipate submitting a proposed form of protective/confidentiality order, or their limited disputes regarding such an order, in the coming days.

Date: October 20, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:  */s/ James L. Etheridge*

　　　　　　　　　　　　　　　　　James L. Etheridge
　　　　　　　　　　　　　　　　　Texas Bar No. 24059147
　　　　　　　　　　　　　　　　　Ryan S. Loveless
　　　　　　　　　　　　　　　　　Texas Bar No. 24036997
　　　　　　　　　　　　　　　　　Brett A. Mangrum
　　　　　　　　　　　　　　　　　Texas Bar No. 24065671
　　　　　　　　　　　　　　　　　Travis L. Richins
　　　　　　　　　　　　　　　　　Texas Bar No. 24061296
　　　　　　　　　　　　　　　　　Jeff Huang
　　　　　　　　　　　　　　　　　Etheridge Law Group, PLLC
　　　　　　　　　　　　　　　　　2600 E. Southlake Blvd., Suite 120 / 324
　　　　　　　　　　　　　　　　　Southlake, TX 76092
　　　　　　　　　　　　　　　　　Tel.: (817) 470-7249
　　　　　　　　　　　　　　　　　Fax: (817) 887-5950
　　　　　　　　　　　　　　　　　Jim@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　Ryan@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　Brett@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　Travis@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　Jeff@EtheridgeLaw.com

　　　　　　　　　　　　　　　　　Mark D. Siegmund
　　　　　　　　　　　　　　　　　State Bar No. 24117055
　　　　　　　　　　　　　　　　　mark@waltfairpllc.com
　　　　　　　　　　　　　　　　　Law Firm of Walt, Fair PLLC.
　　　　　　　　　　　　　　　　　1508 North Valley Mills Drive
　　　　　　　　　　　　　　　　　Waco, Texas 76710
　　　　　　　　　　　　　　　　　Telephone: (254) 772-6400
　　　　　　　　　　　　　　　　　Facsimile: (254) 772-6432

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff WSOU Investments, LLC*


　　　　　　　　　　　　　　　　　*/s/ Erick Robinson*
　　　　　　　　　　　　　　　　　Dunlap, Bennett & Ludwig PLLC

Erick Robinson
State Bar No. 24039142
7215 Bosque Blvd.,
Waco, TX 76710
Telephone:  (254) 870-7302
Facsimile:  (713)583-9737
Email:erobinson@dbllawyers.com

David R. Keesling,
OK Bar No. 17881
Timothy S. Kittle,
OK Bar No. 219796660
South Sheridan Road, Suite 250
Tulsa, Oklahoma 74133
(918) 998-9350 Telephone
(918) 998-9360 –Facsimile
dkeesling@dbllawyers.com
kittle@dbllawyers.com

Attorneys for Defendants