**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff,*<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 6:20-cv-00487-ADA |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW**
**ATTORNEYS OF RECORD**

Before the Court is Defendants ZTE Corporation's, ZTE (USA) Inc.'s and ZTE (TX), Inc.'s (collectively "ZTE") Unopposed Motion to Withdraw Attorneys of Record, David Royce Keesling, Erick Scott Robinson, and Timothy Scott Kittle, each of Dunlap Bennett & Ludwig PLLC. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that David Royce Keesling, Erick Scott Robinson, and Timothy Scott Kittle, the attorneys of Dunlap Bennett & Ludwig PLLC are permitted to witdraw as counsel of record for Defendants in this case. ECF Notifications to David Royce Keesling, Erick Scott Robinson, and Timothy Scott Kittle are to be terminated in this case.

SIGNED AND ENTERED this _____ day of _____, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE