**DECLARATION OF RYAN LOVELESS**

My name is Ryan Loveless. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am an attorney licensed to practice law in the State of Texas. I am with Etheridge Law Group in Southlake, Texas.

1.      Attached as Exhibit 1 is a true and correct printout of a 2004 press release taken as a screenshot from ZTE Corp.'s website located at the URL identified in the header.

2.      Attached as Exhibit 2 is a true and correct printout of 2009 press release taken as a screenshot from ZTE Corp.'s website located at the URL identified in the header.

3.      Attached as Exhibit 3 is a true and correct printout of 2016 press release taken as a screenshot from ZTE Corp.'s website located at the URL identified in the header.

4.      Attached as Exhibit 4 is a true and correct printout of 2019 press release taken as a screenshot from ZTE Corp.'s website located at the URL identified in the header.

5.      Attached as Exhibit 5 is a true and correct printout of a product description for the ZTE Blade X Max located at the URL identified in the header.

6.      Attached as Exhibit 6 is a true and correct printout of a map generated by Google Maps reflecting locations associated with ZTE USA in Texas located at the URL identified in the header.

7.      Attached as Exhibit 7 is a true and correct printout of a product description for the ZTE Maven 3 located at the URL identified in the header.

8.      Attached as Exhibit 8 is a true and correct printout of search results from ZTE's website reflecting a ZTE research-and-development center in Austin, Texas located at the URL

identified in the header.

9.      Attached as Exhibit 9 is a true and correct printout of an article on ZTE's website asserting a commitment by ZTE to build "community relations throughout the state of Texas" located at the URL identified in the header.

10.     Attached as Exhibit 10 is a true and correct printout of an article on ZTE's website indicating that ZTE Corporation would make its products available in Richardson, Texas located at the URL identified in the header.

11.     Attached as Exhibit 11 is a true and correct copy of the Declaration of Du Jin filed in Civil Action No. 3:12-cv-02616-CMC.

12.     Attached as Exhibit 12 is a true and correct printout of a profile for a sales engineer salary profile located at the URL identified in the header.

13.     Attached as Exhibit 13 is a true and correct copy of a printout from the Travis County Appraisal District for ZTE TX for year 2020.

14.     Attached as Exhibit 14 are true and correct copies of Texas Secretary of State Statement of Change of Registered Office/Agent forms dated November 2, 2018 and May 14, 2020.

15.     Attached as Exhibit 15 are true and correct copies of Texas Franchise Tax Public Information Reports for ZTE (TX) INC for 2014, 2015 and 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on November 5, 2020.


                                        */s/ Ryan S. Loveless*                                   
                                        Ryan S. Loveless

# EXHIBIT 1



| Corporation | Device |  |  | ⊕ Select language |

ZTE

I Want    Solutions    Products    Services    Support    About Us

Homepage >   About Us >   news

## ZTE Falcon 4G LTE Mobile Hotspot Lands at T-Mobile at a Hot Price Beginning February 12

Release Date: 2016-02-04   Author:  ZTE   Click: 400

The new ZTE Falcon hotspot delivers worry free Wi-Fi at 4G LTE speeds while on-the-go

Richardson, Texas – February 3, 2016 — ZTE USA, the fourth largest smartphone supplier in the U.S. and second largest in the no-contract market*, today announced the availability of the ZTE Falcon 4G LTE mobile hotspot at T-Mobile. The compact and lightweight mobile hotspot provides fast, secure internet access for up to 10 WiFi devices wherever T-Mobile's network can take you. The ZTE Falcon is available online at www.t-mobile.com and at select T-Mobile retail locations for just $79.99 MSRP beginning February 12.

"We understand consumers are always on the go. From the comfort of their own home to the office to activities outside, the need for reliable, secure WiFi access never changes," said Lixin Cheng, chairman and CEO of ZTE USA. "Users can depend on the ZTE Falcon's solid performance and long-lasting battery to connect them to people, information, or services online easily, whenever they want."

**Worry-free, secure, and portable nationwide WiFi access**

When you don't want to rely on your smartphone or drain its battery, the ZTE Falcon can connect you to WiFi for hours thanks to its long-lasting 2000mAh battery
· Optimized for T-Mobile's network, the ZTE Falcon delivers expanded WiFi range and better signal quality for up to 10 devices
· You won't have to rely on slow or unsecure public WiFi thanks to T-Mobile's fast 4G LTE nationwide network and WiFi Calling capabilities can now be taken almost anywhere you may go**
· Measuring in at 105x60x16 millimeters in size and 110 grams in weight, the ZTE Falcon is ultra-portable for those on the go

The ZTE Falcon is durable and affordable. Matched with T-Mobile's affordable data plans the hotspot offers flexible and budget-friendly pricing options.

*Strategy Analytics, Q3 2015
**Capable device required; coverage not available in some areas

**About ZTE USA**
ZTE USA (www.zteusa.com), headquartered in Richardson, Texas, is a subsidiary of ZTE Corporation, a global provider of mobile devices, telecommunication systems, and enterprise solutions. Operating since 1998, ZTE USA is dedicated to making cost-efficient, quality communication technology accessible to all. ZTE is ranked by independent industry analysts as the fourth-largest supplier of mobile devices in the U.S. overall, and second-largest supplier of prepaid devices.

Visit ZTE USA on Facebook https://www.facebook.com/ZTEUSA, Twitter https://twitter.com/ZTE_USA, and on YouTube https://www.youtube.com/user/ZTEUSAInc.

Pre One: ZTE to Debut New OTN Solution Optimized for Fronthaul Networks at MWC Barcelona
Next One: ZTE and KDDI offer mamorino Watch in Japan - World's First VoLTE Kids Watch

### Popular Search

5G Solution  5G Products
OTN   DBMS
Ethernet Switch
Video Conferencing

### Hot News  →

· ZTE and China Mobile complete fast deployment of intelligent SPN
· GSMA Thrive APAC 2020
· ZTE launches new Bug Bounty Programs
· ZTE wins Good Design Awards 2020 for its latest home terminal products
· ZTE, China Unicom and Zhongtong Bus win Best New Gamechanger/Innovation Award at BBWF 2020

To learn more »

### Solutions  →

· Leading 5G
· Intelligent & Converged Network
· On Demond Network
· Cloud & Core Network
· Digital Transformation
· AI & Bigdata

To learn more »

### Publications  →



5G              By Visitor      Press Center    For Investors   Links           Global sales outlets

5G Phones       Consumer        News            Announcements   Buy Phones
5G Products                                      Circulars       Companies in ...
5G Services                                      Monthly Returns  ECCN
5G Solutions                                                     Cyber Security

NorthAmerica      European        CIS

Africa            China

LatinAmerica                      AsiaPacific

About ZTE   Contact Us   Whistleblowing   Cookies Policy   Privacy Policy   WebArea   Suggestion

©1998-2020 ZTE Corporation. All rights reserved

# EXHIBIT 2

## ZTE

Corporation   Device

Select language

I Want   Solutions   Products   Services   Support   About Us

Homepage > About Us > news

### Pocket Communications Launches ZTE's Tri-Band C79 and C78

Release Date: 2009-04-02   Author: ZTE   Click: 72

*ZTE continues to expand carrier reach with C78 and C79 handsets available to Pocket Communications customers in New England and Texas markets*

**Las Vegas (CTIA BOOTH #5106), April 1, 2009** - ZTE USA, Inc., a subsidiary of ZTE Corporation, a leading global telecommunications equipment and network solutions provider, announced that its C79 and C78 Tri-Band handsets are now available through Pocket Communications to subscribers in its New England and Texas markets. In addition to the C88, this will be the second and third handsets ZTE has launched with Pocket Communications in 2009.

Both stylish and affordable options, the ZTE C78 and C79 are full-featured handsets that operate on AWS and PCS frequency bands and provide over 60MB of user memory for users who want to download games, ringtones and applications. The suite of features also includes Bluetooth capabilities and picture messaging. The ZTE C78 features a sleek design with a 2-inch backlit color display in a black and silver candy bar casing. The ZTE C79 is a clamshell phone equipped with a 1.3 Megapixel camera and an MP3 player with external music keys, a unique feature allowing users to listen to music and manage their playlists with ease.

"We are pleased to be expanding our carrier reach by partnering with Pocket Communications, one of the fastest growing carriers in the U.S.," said Dr. George Sun, CEO, ZTE USA. "Particularly in this current economic climate, ZTE understands that it is more important than ever to provide carriers with the options consumers are looking for and devices equipped with the latest features at affordable prices."

"At Pocket Communications, our mandate is to provide our customers with high quality handsets and services at attractive price points," said Paul Posner, President and CEO, Pocket Communications. "We continue to demonstrate this commitment by launching the latest handsets from ZTE, the C78 and C79. Both are affordable mid-tier devices that deliver a rich user experience to our customers."

"It's important for Pocket Communications to partner with the right handset vendor who can provide the best technology with innovation and value for our customers," said Amir Rajwany, Executive VP and CTO, Pocket Communications. "ZTE continues to be a good partner and has provided us with devices that allow us to meet the needs of our customers."

As with all its products, ZTE both designs and manufactures its handsets in-house. ZTE USA offers a full portfolio of end-to-end wireless handset and networking solutions in the U.S. The company's handsets have won numerous design awards, and its flexible product design and manufacturing cycle enables ZTE USA to quickly deliver affordable products to customers.

Pre One: ZTE Helps China Telecom Achieve the Recognition as First in the World to Offer EPON-based 3G Services
Next One: ZTE to Showcase Latest Products and Solutions at CTIA Wireless 2009

### Popular Search

**5G Solution   5G Products**
**OTN   DBMS**
**Ethernet Switch**
**Video Conferencing**

### Hot News

- ZTE and China Mobile complete fast deployment of intelligent SPN
- GSMA Thrive APAC 2020
- ZTE launches new Bug Bounty Programs
- ZTE wins Good Design Awards 2020 for its latest home terminal products
- ZTE, China Unicom and Zhongtong Bus win Best New Gamechanger/Innovation Award at BBWF 2020

To learn more »

### Solutions

- Leading 5G
- Intelligent & Converged Network
- On Demand Network
- Cloud & Core Network
- Digital Transformation
- AI & Bigdata

To learn more »

### Publications



5G | By Visitor | Press Center | For Investors | Links | Global sales outlets
5G Phones | Consumer | News | Announcements | Buy Phones
5G Products | | | Circulars | Companies in ...
5G Services | | | Monthly Returns | ECCN
5G Solutions | | | | Cyber Security

NorthAmerica   European   CIS   China   Africa   AsiaPacific   LatinAmerica

About ZTE   Contact Us   Whistleblowing   Cookies Policy   Privacy Policy   WebArea   Suggestion

©1998-2020 ZTE Corporation. All rights reserved

# EXHIBIT 3

Page 1
ZTE Falcon 4G LTE Mobile Hotspot Lands at T-Mobile at a Hot Price Beginning February 12 - ZTE Press Release
https://www.zte.com.cn/global/about/news/2016-02-04beginningfebruary12



| Corporation | Device | | Select language |

ZTE

I Want    Solutions    Products    Services    Support    About Us

Homepage >  About Us  >  news

## ZTE Falcon 4G LTE Mobile Hotspot Lands at T-Mobile at a Hot Price Beginning February 12

Release Date: 2016-02-04  Author: ZTE  Click: 402

The new ZTE Falcon hotspot delivers worry free Wi-Fi at 4G LTE speeds while on-the-go

Richardson, Texas – February 3, 2016 — ZTE USA, the fourth largest smartphone supplier in the U.S. and second largest in the no-contract market*, today announced the availability of the ZTE Falcon 4G LTE mobile hotspot at T-Mobile. The compact and lightweight mobile hotspot provides fast, secure internet access for up to 10 WiFi devices wherever T-Mobile's network can take you. The ZTE Falcon is available online at www.t-mobile.com and at select T-Mobile retail locations for just $79.99 MSRP beginning February 12.

"We understand consumers are always on the go. From the comfort of their own home to the office to activities outside, the need for reliable, secure WiFi access never changes," said Lixin Cheng, chairman and CEO of ZTE USA. "Users can depend on the ZTE Falcon's solid performance and long-lasting battery to connect them to people, information, or services online easily, whenever they want."

**Worry-free, secure, and portable nationwide WiFi access**
When you don't want to rely on your smartphone or drain its battery, the ZTE Falcon can connect you to WiFi for hours thanks to its long-lasting 2000mAh battery
· Optimized for T-Mobile's network, the ZTE Falcon delivers expanded WiFi range and better signal quality for up to 10 devices
· You won't have to rely on slow or unsecure public WiFi thanks to T-Mobile's fast 4G LTE nationwide network and WiFi Calling capabilities can now be taken almost anywhere you may go**
· Measuring in at 105x60x16 millimeters in size and 110 grams in weight, the ZTE Falcon is ultra-portable for those on the go

The ZTE Falcon is durable and affordable. Matched with T-Mobile's affordable data plans the hotspot offers flexible and budget-friendly pricing options.

*Strategy Analytics, Q3 2015
**Capable device required; coverage not available in some areas

**About ZTE USA**
ZTE USA (www.zteusa.com), headquartered in Richardson, Texas, is a subsidiary of ZTE Corporation, a global provider of mobile devices, telecommunication systems, and enterprise solutions. Operating since 1998, ZTE USA is dedicated to making cost-efficient, quality communication technology accessible to all. ZTE is ranked by independent industry analysts as the fourth-largest supplier of mobile devices in the U.S. overall, and second-largest supplier of prepaid devices.

Visit ZTE USA on Facebook https://www.facebook.com/ZTEUSA, Twitter https://twitter.com/ZTE_USA, and on YouTube https://www.youtube.com/user/ZTEUSAInc.

Pre One: ZTE to Debut New OTN Solution Optimized for Fronthaul Networks at MWC Barcelona
Next One: ZTE and KDDI offer mamorino Watch in Japan - World's First VoLTE Kids Watch

### Popular Search

**5G Solution   5G Products**
**OTN   DBMS**
**Ethernet Switch**
**Video Conferencing**

### Hot News  →

· ZTE and China Mobile complete fast deployment of intelligent SPN
· GSMA Thrive APAC 2020
· ZTE launches new Bug Bounty Programs
· ZTE wins Good Design Awards 2020 for its latest home terminal products
· ZTE, China Unicom and Zhongtong Bus win Best New Gamechanger/Innovation Award at BBWF 2020

To learn more  »

### Solutions  →

· Leading 5G
· Intelligent & Converged Network
· On Demond Network
· Cloud & Core Network
· Digital Transformation
· AI & Bigdata

To learn more  »

### Publications  →



ZTE COMMUNICATIONS

---

5G

5G Phones
5G Products
5G Services
5G Solutions

By Visitor

Consumer

Press Center

News

For Investors

Announcements
Circulars
Monthly Returns

Links

Buy Phones
Companies in ...
ECCN
Cyber Security

Global sales outlets

CIS
NorthAmerica   European
China
Africa
LatinAmerica   AsiaPacific

About ZTE   Contact Us   Whistleblowing   Cookies Policy   Privacy Policy   WebArea   Suggestion

©1998-2020 ZTE Corporation. All rights reserved

EXHIBIT 4



Corporation   Device                                                          🌐 Select language

I Want     Solutions     Products     Services     Support     About Us                    🔍

Homepage > About Us > news

## ZTE Black Friday Deals Extend to Cyber Monday for its Most Popular Smartphones

Release Date: 2019-11-20   Author: ZTE   Click: 342



Save $100 on the Axon 10 Pro and $50 on the Blade 10 with free shipping and easy returns on www.zteusa.com

**RICHARDSON, Texas, November, 20, 2019 -** ZTE USA, a leading provider of connected, mobile devices, today announced its Black Friday and Cyber Monday deals are available online at www.zteusa.com from November 27 at 12:00 AM EST until December 3 at 11:59 PM EST. Online shoppers can save $100 on the Axon 10 Pro 8GB and 12GB versions and receive a free case – and save $50 on the Blade 10. All holiday shoppers can take advantage of ZTE's always free shipping and easy 30 day returns.

**ZTE's More than Black Friday Deals**
November 27, 12:00 AM EST to December 3, 11:59 PM EST

Blade 10 (64GB) $129 ($50 savings)
Available online at ZTE USA, Newegg, and B&H

Axon 10 Pro (8GB) plus a free case $449.98 ($115 savings)
Axon 10 Pro (12GB) plus a free case $499.98 ($115 savings)
Available online at ZTE USA, Newegg, and B&H

**Free Shipping & Easy 30 Day Returns**
Holiday shoppers can enjoy free shipping and easy 30 day returns for ZTE products at www.zteusa.com, www.newegg.com, and www.bhphotovideo.com.

**Axon 10 Pro: High Style, Big Screen, Powerful Performance**
The Axon 10 Pro smartphone is high-style with premium design finishes, a slim form factor, and a 6.47-inches of screen. The impressive performance is powered by a large 4,000 mAh battery, Qualcomm® Snapdragon™ 855 octa-core processor, large memory (8GB or 12GB) and ample storage. The camera features AI portrait lighting adjustment, motion capture, and scene recognition. Along with DTS:X® Ultra 3D sound, the Axon 10 Pro offers the perfect technology for capturing concert-quality video sound. Learn more about the ZTE Axon 10 Pro here.

**Blade 10: Features and Pricing that Push the Limits**
The recently launched Blade 10 smartphone is packed with features for multi-media and tech enthusiasts searching for the best value. The slim form factor, large display, ample memory, and long-lasting battery make the Blade 10 hard to beat this holiday season. The choice is easy when you add the extras including a 16MP AI-enabled front-facing camera with Face Unlock capability and a rear fingerprint sensor with a wide scanning area. Learn more about the ZTE Blade 10 here.

**About ZTE USA**
ZTE USA (https://www.zteusa.com/), headquartered in Richardson, Texas, provides mobile devices that are vital to social connection and economic growth. Operating since 1998, ZTE continues to increase consumer access to innovative communication technologies. The company aims to enable connectivity and trust everywhere through meaningful interactions - leading to a better future.

Visit ZTE USA on Facebook https://www.facebook.com/ZTEUSA, Twitter https://twitter.com/ZTEUSA, and on YouTube https://www.youtube.com/user/ZTEUSAInc.

###

**Media Contact**
ZTE USA
Ashley Colette
ashley.colette@zteusa.com

Pre One:  ZTE and MTN South Africa showcase 5G use cases at AfricaCom 2019
Next One:  ZTE partners with China Mobile to provision the 5G end-to-end network slicing + MEC services

### Popular Search

5G Solution   5G Products
OTN   DBMS
Ethernet Switch
Video Conferencing

### Hot News 

- ZTE and China Mobile complete fast deployment of intelligent SPN
- GSMA Thrive APAC 2020
- ZTE launches new Bug Bounty Programs
- ZTE wins Good Design Awards 2020 for its latest home terminal products
- ZTE, China Unicom and Zhongtong Bus win Best New Gamechanger/Innovation Award at BBWF 2020

To learn more  ›

### Solutions 

- Leading 5G
- Intelligent & Converged Network
- On Demond Network
- Cloud & Core Network
- Digital Transformation
- AI & Bigdata

To learn more  ›

### Publications →



5G
5G Phones
5G Products
5G Services
5G Solutions

By Visitor
Consumer

Press Center
News

For Investors
Announcements
Circulars
Monthly Returns

Links
Buy Phones
Companies in ...
ECCN
Cyber Security

Global sales outlets

NorthAmerica     European     CIS     China
Africa
LatinAmerica     AsiaPacific

About ZTE   Contact Us   Whistleblowing   Cookies Policy   Privacy Policy   WebArea   Suggestion

©1998-2020 ZTE Corporation. All rights reserved

# EXHIBIT 5

**ZTE**  PHONES  ACCESSORIES  IOT  SUPPORT  BLOG  STORE

Home / Products / Phones / ZTE Blade™ X Max







★★★☆☆ (14)

## ZTE Blade™ X Max

SKU:Z983

cricket

Android 7.1.1 (Nougat)
6" FHD Display
Octa-Core Processor
LEARN MORE

Buy from Cricket Wireless

**Description**   Specifications   Reviews(14)

ZTE Blade™ X Max is the perfect smartphone for exceptional entertainment, photography, and productivity. The large 6" full HD display protected by Dragontrail glass supports beautiful imagery and easy readability. Dolby Audio™ provides premium sound for gaming, music and video viewing. ZTE Blade X Max is also built to provide a best in class video streaming experience in the palm of your hand when paired with DirecTV Now service. High-quality 13 MP and 5 MP dual cameras with enhanced features like dual-directional panorama, manual controls, selfie-flash and more allows you to capture special memories wherever you are. The powerful octa-core processor, 32 GB onboard memory, and optional 128 GB MicroSDXC™ card support provides excellent speed and storage. A built-in fingerprint sensor and heartrate monitor provide added security, convenience, and health monitoring capability. If you're looking for a feature rich smartphone with luxurious styling at an affordable price, the Blade™ X Max is a preferred choice.

User Guide

## FOLLOW US

      

**ZTE**

### PRODUCTS
Store
Phones

### FIND HELP
Product Support
Register Your Product
Contact Us
Return Policy
Warranties
Wholesale
Recycling

### COMPANY
About Us
News
Blog
Site Map
Careers
ZTE Global
ZTE Device Global
Compliance
Export Control
Responsible Business
Alliance Commitment

### SUBSCRIBE
Sign up to recive updates

Email

Send

Privacy Policy   Term of Use                    Copyright © 1998-2020 ZTE USA. All rights reserved

# EXHIBIT 6



# EXHIBIT 7

Case 6:20-cv-00487-ADA    Document 36-1    Filed 11/06/20    Page 16 of 51



**ZTE**  PHONES  ACCESSORIES  IOT  SUPPORT  BLOG  STORE

Home / Products / Phones / ZTE Maven™ 3

★★★☆☆ (11)

## ZTE Maven™ 3

SKU:Z835

AT&T

5" FWVGA display with Dragontrail Glass
1.1 GHz quad-core processor and 4G LTE speeds
8GB memory and expandable storage (up to 32GB)
LEARN MORE

Buy from AT&T

Description          Specifications          Reviews(11)

For consumers seeking an affordable smartphone to keep up with their busy and on-the-go life, ZTE Maven™ 3 provides extraordinary performance and style. Maven™ 3 boasts a vibrant 5" FWVGA display making it easy on your eyes to view emails or browse the web. Maven™ 3 also has Dragontrail glass providing extra protection against wear and tear, scratches and cracks. With it's powerful quad-core processor and 4G LTE speeds, streaming content and multi-tasking is fast and effortless. Capture excellent photos and video on the go with a 5MP rear camera with auto-focus, 2MP front camera and HD (720) video. Store all your important files, pictures and content with Maven's 8GB memory and expandable storage (up to 32GB). The ZTE Maven™ 3 is an excellent option for consumers looking for an affordable smartphone with powerful performance and extraordinary style.

User Guide

## FOLLOW US

   

**ZTE**

PRODUCTS
Store
Phones

FIND HELP
Product Support
Register Your Product
Contact Us
Return Policy
Warranties
Wholesale
Recycling

COMPANY
About Us
News
Blog
Site Map
Careers
ZTE Global
ZTE Device Global
Compliance
Export Control
Responsible Business
Alliance Commitment

SUBSCRIBE
Sign up to recive updates

Email

Send

Privacy Policy    Term of Use                    Copyright © 1998-2020 ZTE USA. All rights reserved

# EXHIBIT 8



Corporation  Device

⊕ Select language

# ZTE

I Want   Solutions   Products   Services   Support   About Us

Homepage > search

## Search result

44ResultAfter'Texas'ResultBefore

Texas

○ All   ○ News   ○ Solutions   ○ Products
○ sortbydefault   ○ sortbypubtime

**Winning Season for ZTE USA and Rockets**                                          2014/1/22
In October, ZTE USA, based in Richardson, Texas, chose the Houston Rockets as its first corporate sponsorship and became the official smartphone of the Houston Rockets.

**Good Times in Bad Times for China's ZTE**                                          2009/4/29
Vodafone, Canada's Telus (TU), and 3 Italia are all selling ZTE's 3G handsets or smartphones, and Texas-based MetroPCS Communications (PCS) is considering doing so.

**CTIA Selects Three ZTE Products as Finalists for 2014 CTIA Awards**                2014/8/24
Nubia 5S mini, ZTE Projector Hotspot, and AT&T Home Base are Finalists in  "Hot for the Holidays"  Category  Richardson, Texas

**China's ZTE Makes U.S. Expansion With 'Salute' Phone for Verizon Wireless**       2010/8/22
With seven U.S. offices and a research-and-development center in Austin, Texas, the company began trying to sell phones to U.S. carriers in the past three years, Ji said.

< | 1 | 2 | 3 | > | Skip | | Go |  Total 3 Pages  Total 44 pieces of news

### Popular Search

**5G Solution**
**5G Products  OTN**
**DBMS  Ethernet Switch**
**Video Conferencing**

### Hot News  ➞
- ZTE and China Mobile complete fast deployment of intelligent SPN
- GSMA Thrive APAC 2020
- ZTE launches new Bug Bounty Programs
- ZTE wins Good Design Awards 2020 for its latest home terminal products
- ZTE, China Unicom and Zhongtong Bus win Best New Gamechanger/Innovation Award at BBWF 2020

To learn more  >

### Solutions  ➞
- Leading 5G
- Intelligent & Converged Network
- On Demond Network
- Cloud & Core Network
- Digital Transformation
- AI & Bigdata

To learn more  >

### Publications  ➞

< [ZTE TECHNOLOGIES] >

5G                By Visitor        Press Center       For Investors      Links              Global sales outlets

5G Phones         Consumer          News               Announcements      Buy Phones
5G Products                                            Circulars          Companies in ...
5G Services                                            Monthly Returns    ECCN
5G Solutions                                                              Cyber Security



NorthAmerica   European   CIS   China
Africa         AsiaPacific
LatinAmerica

About ZTE   Contact Us   Whistleblowing   Cookies Policy   Privacy Policy   WebArea   Suggestion                    ©1998-2020 ZTE Corporation. All rights reserved

# EXHIBIT 9

Corporation  Device                                        ⊕ Select language



I Want    Solutions    Products    Services    Support    About Us

Homepage  >  About us  >  news

## In Honor of Its Social and Economic Contributions, ZTE USA Honored with Richardson EDGE 2013 International Business Award

Release Date: 2013-11-15  Author: ZTE  Click: 108

DALLAS, TX, November 15, 2013 — ZTE USA, the fastest-growing smartphone provider in the United States, has been recognized for its substantial contributions to Richardson's social and economic development with the EDGE 2013 International Business Award. Recognized together by the Richardson Economic Development Partnership (REDP), the Richardson Chamber of Commerce and the Richardson Rotary Club, ZTE USA has also helped cement the region's reputation as the home of the Telecom Corridor®.

"ZTE is proud to be headquartered in Richardson and honored to be recognized by the Richardson community for our 15-year track record of creating jobs, delivering innovation and serving the communities in which we live and work in the U.S.," said Lixin Cheng, Chairman and CEO, ZTE USA.  "We look forward to strengthening our relationship with local partners and co-developing Richardson's thriving economy."

Since establishing its headquarters in Richardson, ZTE has invested more than $350 million in U.S. growth, opened 11 offices and created 5 R&D centers, in order to successfully provide high-end technologies to consumers nationally and globally. Simultaneously, ZTE has invested in the local community by offering job opportunities to residents and by engaging with organizations such as its partnership with the Boys & Girls Club of Collin County.

"ZTE's success in the U.S. is an example of the fruitful tech ecosystem in Richardson's Telecom Corridor to other companies around the world," said Bill Sproull, president & CEO of the Richardson Chamber of Commerce. "We congratulate them on this award and on their continuing growth in the U.S. We look forward to a long and happy partnership with our friends at ZTE."

ZTE is one of seven companies to be recognized with the Richardson EDGE distinction. The 2013 International Business Award comes on the heels of ZTE's latest partnership with the Houston Rockets, demonstrating ZTE's continued commitment to building community relations throughout the state of Texas.

For more information, view the video at http://www.youtube.com/watch?v=m4MImB8ti3Y and visit www.zteusa.com.

Pre One: ZTE Unveils New Blade Smartphones in Mexico Tailored for Local Consumers
Next One: ZTE Presents the Grand S Flex

### Popular Search

5G Solution   5G Products
OTN   DBMS
Ethernet Switch
Video Conferencing

### Hot News  →

- ZTE and China Mobile complete fast deployment of intelligent SPN
- GSMA Thrive APAC 2020
- ZTE launches new Bug Bounty Programs
- ZTE wins Good Design Awards 2020 for its latest home terminal products
- ZTE, China Unicom and Zhongtong Bus win Best New Gamechanger/Innovation Award at BBWF 2020

To learn more  »

### Solutions  →

- Leading 5G
- Intelligent & Converged Network
- On Demond Network
- Cloud & Core Network
- Digital Transformation
- AI & Bigdata

To learn more  »

### Publications  →



5G
5G Phones
5G Products
5G Services
5G Solutions

By Visitor
Consumer

Press Center
News

For Investors
Announcements
Circulars
Monthly Returns

Links
Buy Phones
Companies in ...
ECCN
Cyber Security

Global sales outlets

CIS
NorthAmerica    European
                                China
Africa
LatinAmerica
                        AsiaPacific

About ZTE   Contact Us   Whistleblowing   Cookies Policy   Privacy Policy   WebArea   Suggestion

©1998-2020 ZTE Corporation. All rights reserved

# EXHIBIT 10



Corporation    Device                                                      ⌖ Select language

I Want    Solutions    Products    Services    Support    About Us

Homepage >  About Us  >  news

## ZTE Announces New Blade Vantage 2 and Availability at Verizon Stores Nationwide

Release Date: 2019-10-15  Author:  ZTE  Click: 324

The Blade Vantage's prepaid successor runs on Verizon Wireless

RICHARDSON, Texas, October 14, 2019 – ZTE Corporation, a leading global provider of telecommunications, enterprise and consumer technology solutions for the mobile Internet, today announced that the Blade Vantage 2 will be available for purchase in participating Verizon stores across the U.S., and operate on Verizon's nationwide network.

For only $59.99, the Blade Vantage 2 features a 5" full-wide video graphics array (FWVGA) 960x480 screen with an 18:9 ratio, optimizing the display for maximum comfort that makes messaging, social media browsing, and video viewing an immersive and enjoyable experience.

"At ZTE, we value affordability and accessibility. We're excited to team up with Verizon on the new ZTE Blade Vantage 2 and bring this great device to participating Verizon stores," said Brad Li, CEO of ZTE USA.  "The ZTE Blade Vantage 2 offers all the essential smartphone features at an unbeatable price—because everyone deserves a chance to buy a phone they love."

### Quad-core Processor, Ample Storage and Long-Lasting Battery
The MediaTek processor allows multiple apps to run simultaneously, providing the freedom to complete everyday tasks while maintaining top performance. This responsive quad-core processor enables users to multi-task seamlessly. The device runs on Android 9 for smooth performance.

With 16GB of internal memory, an external storage that's expandable up to 256GB, and a removable 2,050mAh battery, the phone is designed to support ample run-time and storage space.

### Multi-Media and Entertainment Features
The Blade Vantage 2 offers a 2MP front camera and 5MP rear camera as well as 2 mic noise cancellation and a 3.5mm headphone jack. The phone comes with several preloaded Google apps including: Calculator, Calendar, Chrome, Clock, Contacts, Drive, Duo, Gmail, Google, Search+Assistant, Message+, Maps, Photos, Play Movies & TV, Play Music, Play Store, Phone, YouTube.

### Pricing and Availability
The Blade Vantage 2 is priced at only $59.99 and works seamlessly in over 200 countries. The new device can be purchased at participating Verizon locations, ZTE USA's online store, and on Verizon's website.

Pre One: ZTE to release dual-gigabit home gateway with high power and wide-coverage
Next One: ZTE launches industry-first 5G+VDSL2 hybrid home gateway

### Popular Search
5G Solution  5G Products
OTN  DBMS
Ethernet Switch
Video Conferencing

### Hot News  →
- ZTE and China Mobile complete fast deployment of intelligent SPN
- GSMA Thrive APAC 2020
- ZTE launches new Bug Bounty Programs
- ZTE wins Good Design Awards 2020 for its latest home terminal products
- ZTE, China Unicom and Zhongtong Bus win Best New Gamechanger/Innovation Award at BBWF 2020

To learn more  »

### Solutions  →
- Leading 5G
- Intelligent & Converged Network
- On Demond Network
- Cloud & Core Network
- Digital Transformation
- AI & Bigdata

To learn more  »

### Publications  →



### 5G
5G Phones
5G Products
5G Services
5G Solutions

### By Visitor
Consumer

### Press Center
News

### For Investors
Announcements
Circulars
Monthly Returns

### Links
Buy Phones
Companies in ...
ECCN
Cyber Security

Global sales outlets

CIS
NorthAmerica    European
China
Africa
LatinAmerica    AsiaPacific

About ZTE    Contact Us    Whistleblowing    Cookies Policy    Privacy Policy    WebArea    Suggestion

©1998-2020 ZTE Corporation. All rights reserved

# EXHIBIT 11

# EXHIBIT 5

## DECLARATION OF DU JIN

This is a declaration made in accordance with and pursuant to 28 U.S.C. § 1746.

I, DU JIN, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1.      I am over the age of eighteen years of age, am competent to testify to matters contained herein.    This declaration is based on my personal knowledge, documents in the possession of ZTE Corporation and communications with other employees of ZTE Corporation.

2.      I am a citizen of the People's Republic of China and a resident of Xi'an City.    My native language is Mandarin Chinese and I understand English.

### A.  Background and Qualifications

3.      I am employed by ZTE Corporation.  My title at ZTE Corporation is Legal Director of Division 4.  I have been employed by ZTE Corporation since 2006.

4.      My business address is ZTE Plaza, Keji Road South, Hi-Tech Industrial Park, Nanshan District, Shenzhen, Guangdong 518057, People's Republic of China, which is ZTE Corporation's principal office.

### B.  ZTE Corporation Was Not Served With Copies of the Summonses and Complaints

5.      ZTE Corporation was not served with copies of the summonses and complaints in the following five lawsuits filed by affiliated companies that do business under the "Cleartalk" brand:

- *PTA-FLA, Inc. v. ZTE Corporation*, Case No. 3:12-cv-01003-MMH-TEM, United States District Court Middle District of Florida (the "Florida Case")
- *Daredevil, Inc. v. ZTE Corporation*, Case No. 4:12-cv-01166-TIA, United States District Court Eastern District of Missouri (the "Missouri Case")
- *NTCH-West Tenn, Inc. v. ZTE Corporation*, Case No. 1:12-cv-01172-egb, United States District Court Western District of Tennessee (the "Tennessee Case")

1

- *PTA-FLA v. ZTE Corporation*, Case No. 3:12-cv-02616-CMC, United States District Court District of South Carolina (the "South Carolina Case")
- *NTCH-WA Inc. v. ZTE Corporation*, Case No. 2:12-cv-03110-TOR, United States District Court Eastern District of Washington (the "Washington Case")

6.      Zhu Jinyun is ZTE Corporation's Senior Vice President for North America and Europe. Zhu Jinyun is not an officer or director of ZTE Corporation and is not authorized to accept service of process on behalf of ZTE Corporation.

7.      ZTE Corporation learned of the complaints filed in the Florida Case, the Missouri Case, the South Carolina Case, and the Washington Case, when a process server attempted to serve Zhu Jinyun with folder of document containing copies of the summonses and complaint in those cases in the United States Capitol building in Washington, D.C.

8.      ZTE Corporation learned of the complaint filed in the Tennessee Case after a copy of the summons and the complaint was received in the mail by a receptionist at ZTE USA's offices in Richardson, Texas. A copy of the summons and complaint for the Tennessee Case was also part of the folder of documents that the process server attempted to serve on Zhu Jinyun in the United States Capitol building.

### C. **ZTE Corporation is a Chinese Corporation**

9.      ZTE Corporation is a Chinese corporation, with its principal place of business located at ZTE Plaza, Keji Road South, Hi-Tech Industrial Park, Nanshan District, Shenzhen, Guangdong 518057, People's Republic of China.

10.      ZTE Corporation is incorporated under the laws of China. Its company registration number is 810505-1.

11.      ZTE Corporation has operated continuously in China since 1985.

2

12.    ZTE Corporation is China's second largest telecommunications equipment manufacturer, with reported annual revenues of more than 60 billion RMB in 2011. Shares of ZTE Corporation are publicly traded on the Hong Kong stock exchange.

13.    ZTE Corporation manufactures telecommunications equipment exclusively in China.

**D. ZTE Corporation is a Separate Legal Entity from ZTE USA**

14.    ZTE Corporation and ZTE USA are separate and distinct corporations that maintain separate, lawful corporate identities.

15.    ZTE USA, Inc., is a corporation organized under the laws of New Jersey, with its principal place of business in Richardson, Texas.

16.    In 1998, ZTE Corporation established ZTE USA, Inc. ("ZTE USA") as a wholly-owned subsidiary for the purpose of marketing, distributing, selling, installing, servicing and supporting telecommunications equipment in the U.S.

17.    ZTE Corporation made an initial capital contribution into ZTE USA above the amount prescribed by Chinese corporation law. In total, ZTE Corporation has made capital contributions of $30 million into ZTE USA, ensuring that ZTE USA is sufficiently funded.

18.    In its capacity as a manufacturer, ZTE Corporation sells telecommunication equipment to ZTE USA. ZTE Corporation invoices and ships equipment to ZTE USA which then handles delivery to ZTE USA's customers.

19.    ZTE Corporation may, at ZTE USA's request, assist ZTE USA with troubleshooting or other technical support of equipment sold by ZTE USA to another entity.

20.    ZTE Corporation scrupulously observes corporate formalities in its relations with ZTE USA. There is no commingling of ZTE USA's funds with those of ZTE Corporation. ZTE

3

Corporation maintains separate bank accounts and files its taxes in China, separately from ZTE USA.

21.     There is no agreement or acknowledgement between ZTE USA and ZTE Corporation that one will act as the other's agent.

### E. ZTE Corporation Does Not Do Business in and is not Present in Florida

22.     ZTE Corporation has never been licensed or registered to do business in Florida.

23.     ZTE Corporation has never maintained any offices or branches in Florida.

24.     ZTE Corporation has never owned or leased any real or personal property in Florida.

25.     ZTE Corporation has never had any telephone listings in Florida.

26.     ZTE Corporation has never had any bank accounts in Florida.

27.     ZTE Corporation has never appointed an agent to accept service of process in Florida.

28.     ZTE Corporation has never had any customers in Florida.

29.     ZTE Corporation has never commenced litigation or arbitration proceedings in Florida.

30.     ZTE Corporation has never paid taxes of any kind to Florida or any subdivision thereof and is not obligated to pay any such taxes.

31.     ZTE Corporation has never sold telecommunications equipment or any other products in Florida.

32.     ZTE Corporation has never contracted with any party in Florida.

33.     ZTE Corporation has never contracted with any entity incorporated or located in Florida.

4

34.    ZTE Corporation has never distributed telecommunications equipment or any other products in Florida.

35.    ZTE Corporation has never advertised its telecommunications equipment or any other products in Florida.

36.    ZTE Corporation has never owned or leased real or personal property in Florida.

37.    ZTE Corporation has never been incorporated in Florida.

38.    ZTE Corporation has never maintained any corporate books or records in Florida.

39.    ZTE Corporation has never had a mailing address or telephone number in Florida.

40.    ZTE Corporation has no employees, agents, officers or directors in Florida.  None of ZTE Corporation's officers or directors has ever maintained a residence or place of business in Florida.

41.    No officers or directors of ZTE Corporation have ever visited Florida.

42.    At ZTE USA's request, ZTE Corporation provided service support to ZTE USA in Florida on approximately eight occasions in 2007.  In total, ZTE Corporation sent six employees to Florida to provide such service support to ZTE USA.

**F.    ZTE Corporation Does Not Do Business in and is not Present in Missouri**

43.    ZTE Corporation has never been licensed or registered to do business in Missouri.

44.    ZTE Corporation has never maintained any offices or branches in Missouri.

45.    ZTE Corporation has never owned or leased any real or personal property in Missouri.

46.    ZTE Corporation has never had any telephone listings in Missouri.

47.    ZTE Corporation has never had any bank accounts in Missouri.

5

48.    ZTE Corporation has never appointed an agent to accept service of process in Missouri.

49.    ZTE Corporation has never had any customers in Missouri.

50.    ZTE Corporation has never commenced litigation or arbitration proceedings in Missouri.

51.    ZTE Corporation has never paid taxes of any kind to Missouri or any subdivision thereof and is not obligated to pay any such taxes.

52.    ZTE Corporation has never sold telecommunications equipment or any other products in Missouri.

53.    ZTE Corporation has never contracted with any party in Missouri.

54.    ZTE Corporation has never contracted with any entity incorporated or located in Missouri.

55.    ZTE Corporation has never marketed telecommunications equipment or any other products in Missouri.

56.    ZTE Corporation has never distributed telecommunications equipment or any other products in Missouri.

57.    ZTE Corporation has never advertised its telecommunications equipment or any other products in Missouri.

58.    ZTE Corporation has never solicited sales in Missouri.

59.    ZTE Corporation has never installed its telecommunications equipment in Missouri.

60.    ZTE Corporation has never conducted repairs of its telecommunications equipment in Missouri.

61.    ZTE Corporation has never owned or leased real or personal property in Missouri.

6

62.    ZTE Corporation has never been registered to do business in Missouri.

63.    ZTE Corporation has never been incorporated in Missouri.

64.    ZTE Corporation has never maintained any corporate books or records in Missouri.

65.    ZTE Corporation has never had a mailing address or telephone number in Missouri.

66.    ZTE Corporation has never had any agents, employees, officers or directors in Missouri.  None of ZTE Corporation's agents, employees, officers or directors has ever maintained a residence or place of business in Missouri.

67.    No officers or directors of ZTE Corporation have ever visited Missouri.

**G. ZTE Corporation Does Not Do Business in and is not Present in Tennessee**

68.    ZTE Corporation has never been licensed or registered to do business in Tennessee.

69.    ZTE Corporation has never maintained any offices or branches in Tennessee.

70.    ZTE Corporation has never owned or leased any real or personal property in Tennessee.

71.    ZTE Corporation has never had any telephone listings in Tennessee.

72.    ZTE Corporation has never had any bank accounts in Tennessee.

73.    ZTE Corporation has never appointed an agent to accept service of process in Tennessee.

74.    ZTE Corporation has never had any customers in Tennessee.

75.    ZTE Corporation has never commenced litigation or arbitration proceedings in Tennessee.

76.    ZTE Corporation has never paid taxes of any kind to Tennessee or any subdivision thereof and is not obligated to pay any such taxes.

7

77.    ZTE Corporation has never sold telecommunications equipment or any other products in Tennessee.

78.    ZTE Corporation has never contracted with any party in Tennessee.

79.    ZTE Corporation has never contracted with any entity incorporated or located in Tennessee.

80.    ZTE Corporation has never marketed telecommunications equipment or any other products in Tennessee.

81.    ZTE Corporation has never distributed telecommunications equipment or any other products in Tennessee.

82.    ZTE Corporation has never advertised its telecommunications equipment or any other products in Tennessee.

83.    ZTE Corporation has never solicited sales in Tennessee.

84.    ZTE Corporation has never owned or leased real or personal property in Tennessee.

85.    ZTE Corporation has never maintained any bank accounts in Tennessee.

86.    ZTE Corporation has never been incorporated in Tennessee.

87.    ZTE Corporation has never maintained any corporate books or records in Tennessee.

88.    ZTE Corporation has never had a mailing address or telephone number in Tennessee.

89.    ZTE Corporation has no agents, employees, officers or directors in Tennessee.  None of ZTE Corporation's agents, employees, officers or directors has ever maintained a residence or place of business in Tennessee.

90.    No officers or directors of ZTE Corporation have ever visited Tennessee.

8

91.    At ZTE USA's request, ZTE Corporation provided service support to ZTE USA in Tennessee on three occasions in 2009. In total, ZTE Corporation sent two employees to Tennessee to provide such service support to ZTE USA.

**H.  ZTE Corporation Does Not Do Business in and is not Present in South Carolina**

92.    ZTE Corporation has never been licensed or registered to do business in South Carolina.

93.    ZTE Corporation has never maintained any offices or branches in South Carolina.

94.    ZTE Corporation has never owned or leased any real or personal property in South Carolina.

95.    ZTE Corporation has never had any telephone listings in South Carolina.

96.    ZTE Corporation has never had any bank accounts in South Carolina.

97.    ZTE Corporation has never appointed an agent to accept service of process in South Carolina.

98.    ZTE Corporation has never had any customers in South Carolina.

99.    ZTE Corporation has never commenced litigation or arbitration proceedings in South Carolina.

100.    ZTE Corporation has never paid taxes of any kind to South Carolina or any subdivision thereof and is not obligated to pay any such taxes.

101.    ZTE Corporation has never sold telecommunications equipment or any other products in South Carolina.

102.    ZTE Corporation has never contracted with any party in South Carolina.

103.    ZTE Corporation has never contracted with any entity incorporated or located in South Carolina.

\\MI - 038886/000008 - 167765 v4

104.    ZTE Corporation has never marketed telecommunications equipment or any other products in South Carolina.

105.    ZTE Corporation has never distributed telecommunications equipment or any other products in South Carolina.

106.    ZTE Corporation has never advertised its telecommunications equipment or any other products in South Carolina.

107.    ZTE Corporation has never solicited sales in South Carolina.

108.    ZTE Corporation has never installed its telecommunications equipment in South Carolina.

109.    ZTE Corporation has never conducted repairs of its telecommunications equipment in South Carolina.

110.    ZTE Corporation has never owned or leased real or personal property in South Carolina.

111.    ZTE Corporation has never been incorporated in South Carolina.

112.    ZTE Corporation has never maintained any corporate books or records in South Carolina.

113.    ZTE Corporation has never had a mailing address or telephone number in South Carolina.

114.    ZTE Corporation has never had any agents, employees, officers or directors in South Carolina.  None of ZTE Corporation's agents, employees, officers or directors has ever maintained a residence or place of business in South Carolina.

115.    No officers or directors of ZTE Corporation have ever visited South Carolina.

**I.    ZTE Corporation Does Not Do Business in and is not Present in Washington**

\\MI - 038886/000008 - 167765 v4

116.    ZTE Corporation has never been licensed or registered to do business in Washington.

117.    ZTE Corporation has never maintained any offices or branches in Washington.

118.    ZTE Corporation has never owned or leased any real or personal property in Washington.

119.    ZTE Corporation has never had any telephone listings in Washington.

120.    ZTE Corporation has never had any bank accounts in Washington.

121.    ZTE Corporation has never appointed an agent to accept service of process in Washington.

122.    ZTE Corporation has never had any customers in Washington.

123.    ZTE Corporation has never commenced litigation or arbitration proceedings in Washington.

124.    ZTE Corporation has never paid taxes of any kind to Washington or any subdivision thereof and is not obligated to pay any such taxes.

125.    ZTE Corporation has never sold telecommunications equipment or any other products in Washington.

126.    ZTE Corporation has never contracted with any party in Washington.

127.    ZTE Corporation has never contracted with any entity incorporated or located in Washington.

128.    ZTE Corporation has never marketed telecommunications equipment or any other products in Washington.

129.    ZTE Corporation has never distributed telecommunications equipment or any other products in Washington.

11

130.    ZTE Corporation has never advertised its telecommunications equipment or any other products in Washington.

131.    ZTE Corporation has never solicited sales in Washington.

132.    ZTE Corporation has never installed its telecommunications equipment in Washington.

133.    ZTE Corporation has never conducted repairs of its telecommunications equipment in Washington.

134.    ZTE Corporation has never owned or leased real or personal property in Washington.

135.    ZTE Corporation has never been incorporated in Washington.

136.    ZTE Corporation has never maintained any corporate books or records in Washington.

137.    ZTE Corporation has never had a mailing address or telephone number in Washington.

138.    ZTE Corporation has never had any agents, employees, officers or directors in Washington.  None of ZTE Corporation's agents, employees, officers or directors has ever maintained a residence or place of business in Washington.

139.    No officers or directors of ZTE Corporation have ever visited Washington.

**J.    The Cleartalk Plaintiffs are not a Customers or Business Affiliates of ZTE Corporation**

140.    ZTE Corporation has never contracted with PTA-FLA, Inc., or any of its affiliates. PTA-FLA, Inc., has never issued purchase orders to ZTE Corporation.

141.    ZTE Corporation did not negotiate or draft any part of the agreement entered into between PTA-FLA, Inc., and ZTE USA, dated September 21, 2006 (the "Florida MSA").

12

142.    The document referred to as the "Florida MSA" and attached as Exhibit "A" to the complaint filed in the Florida Case was not drafted by ZTE Corporation.

143.    ZTE Corporation did not make any warranties or guarantees to PTA-FLA, Inc., or any of its affiliates, regarding the equipment being purchased pursuant to the Florida MSA prior to PTA-FLA, Inc., and ZTE USA entering into the Florida MSA.

144.    ZTE Corporation did not deliver equipment to PTA-FLA, Inc., in Florida. ZTE Corporation sold equipment to ZTE USA and delivered it to ZTE USA outside of Florida. ZTE USA then arranged for delivery of the equipment purchased by PTA-FLA, Inc., pursuant to the Florida MSA.

145.    ZTE Corporation did not deliver equipment to PTA-FLA, Inc., or any of its affiliates, in South Carolina.

146.    ZTE Corporation has never contracted with Daredevil, Inc., or any of its affiliates. Daredevil, Inc., has never issued purchase orders to ZTE Corporation.

147.    ZTE Corporation did not negotiate or draft any part of the agreement entered into between Daredevil, Inc., and ZTE USA, dated September 25, 2008 (the "Missouri MSA") including its "attached agreement."

148.    ZTE Corporation did not make any representations, warranties, or guarantees to Daredevil, Inc., or any of its affiliates, regarding the equipment being purchased pursuant to the Missouri MSA prior to Daredevil, Inc., and ZTE USA entering into the Missouri MSA.

149.    ZTE Corporation did not deliver equipment to Daredevil, Inc., or any of its affiliates, in Missouri.

150.    ZTE Corporation has never contracted with NTCH-West Tenn, Inc., or any of its affiliates. NTCH-West Tenn, Inc., has never issued purchase orders to ZTE Corporation.

13

151.   ZTE Corporation did not deliver equipment to NTCH-West Tenn, Inc., or any of its affiliates, in Tennessee.

152.   ZTE Corporation has never contracted with NTCH-WA, Inc., or any of its affiliates. NTCH-WA, Inc., has never issued purchase orders to ZTE Corporation.

153.   ZTE Corporation did not deliver equipment to NTCH-WA, Inc., or any of its affiliates, in Washington.

154.   ZTE Corporation has never made any representations to PTA-FLA, Inc., Daredevil, Inc., NTCH-West Tenn, Inc., NTCH-WA, Inc., or any of their affiliates, to the effect that ZTE USA served as an agent or representative of ZTE Corporation in any state in the United States.

155.   Neil Kushner, Kira Ivanova, and Joey Jia are not, and have never been, employees, representatives or agents of ZTE Corporation and are not authorized to speak or act on ZTE Corporation's behalf.

156.   ZTE Corporation did not influence, coerce or induce ZTE USA to breach any agreements with PTA-FLA, Inc., Daredevil, Inc., NTCH-West Tenn, Inc., NTCH-WA, Inc., or any of their affiliates, including but not limited to the Florida MSA and the Missouri MSA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2͜3, 2012.

_____
DU JIN

\\MI - 038886/000008 - 167765 v4

EXHIBIT 12

ZTE
Leading 5G Innovations

ZTE USA
ZTE USA provides telecommunications equipment and network solutions in the United... read more

3 EMPLOYEE PARTICIPANTS | 99 TOTAL RATINGS | CEO Lixin Cheng

## ZTE USA Sales Engineer Salaries in Waco, TX

The average ZTE USA Sales Engineer in Waco, TX earns an estimated $157,120 annually, which includes an estimated base salary of $121,320 with a $35,800 bonus. ZTE USA's Sales Engineer compensation is $16,324 more than the US average for a Sales Engineer. Sales Engineer salaries at ZTE USA in Waco, TX can range from $32,000 - $265,000.

In Waco, TX. The Engineering Department at ZTE USA earns $12,036 more on average than the Design Department.

Last updated 2 years ago.

**$157,120** Average Compensation

$121,320 avg. base
$35,800 avg. bonus

### Sales Engineer Salaries at ZTE USA

In Waco, TX, Sales Engineers earn $3,435 more than Sales Engineers, and $14,306 less than Principal Engineers.

| | |
|---|---|
| Director of Engineering | $211k* |
| Group Engineering Manager | $199k* |
| Engineering Manager | $178k* |
| Principal Engineer | $171k* |
| **Sales Engineer** | $154k* |
| Senior Developer | $151k* |
| Lead Engineer | $144k* |
| Data Scientist | $133k* |
| DevOps | $124k* |
| Developer | $122k* |
| Mobile Developer | $115k* |
| Senior QA | $112k* |
| Scrum Master | $110k* |
| QA | $100k* |
| Jr Developer | $91k* |

* estimated salary

### Compensation at ZTE USA by Department

In Waco, TX. The Engineering Department averages $12,036 more than the Design Department, and $1,203 less than the Business Development Department

| | | |
|---|---|---|
| Business Development | $124,633 Avg. total comp. | +$1k |
| Engineering | $123,430 Avg. total comp. | |
| Design | $111,394 Avg. total comp. | -$12k |

### Sales Engineer Compensation by Gender
(All Companies)

The average female Sales Engineer at companies similar size to ZTE USA reported making $141,541, while the average male Sales Engineer at similar sized companies reported making $156,676.

### Sales Engineer Compensation by Ethnicity
(All Companies)

The average Caucasian Sales Engineer at companies similar size to ZTE USA reported making $154,792, while the average Native American Sales Engineer at similar sized companies reported making $131,000.

### How Sales Engineers at ZTE USA Rate Their Compensation

The majority of Sales Engineers at ZTE USA believe they're not compensated fairly. 50% of Sales Engineers at ZTE USA say they receive annual bonuses, and the majority (67%) are satisfied with their benefits. See more compensation ratings at ZTE USA

| | |
|---|---|
| Do you believe you're paid fairly? | 33% Yes |
| Does your company give annual bonuses? | 50% Yes |
| Are you satisfied with your Benefits? | 67% Yes |

ZTE Do You Work at **ZTE USA**?
Find my Company

Do you believe you're paid fairly?

Yes

No

### See ZTE USA Sales Engineer Salaries in Other Cities

Los Angeles

### Sales Engineer Salaries at Similar Size Companies in Waco, TX

**Conifer Health Solutions**

Frisco, TX
10,000+ Employees

**ENERGY TRANSFER PARTNERS**

Dallas, TX
10,000+ Employees



# EXHIBIT 13

# Travis CAD

## Property Search Results > 841678 ZTE TX INC for Year 2020

Tax Year: 2020

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 841678 | Legal Description: | PERSONAL PROPERTY COMMERCIAL ZTE TX INC |
| Geographic ID: | | Zoning: | |
| Type: | Personal | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Protest

Protest Status:

Informal Date:

Formal Date:

### Location

| | | | |
|---|---|---|---|
| Address: | 7000 N MO-PAC EXPRESSWAY 200 AUSTIN, TX 78731 | Mapsco: | |
| Neighborhood: | | Map ID: | |
| Neighborhood CD: | | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | ZTE TX INC | Owner ID: | 1603351 |
| Mailing Address: | ATTN ACCTG DEPT PO BOX 2026 ARCADIA, CA 91077-2026 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | |
|---|---|---|---|
| (+) Improvement Homesite Value: | + | $0 | |
| (+) Improvement Non-Homesite Value: | + | $0 | |
| (+) Land Homesite Value: | + | $0 | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | $0 | $0 |
| (+) Timber Market Valuation: | + | $0 | $0 |
| | | -------------------------- | |
| (=) Market Value: | = | $44,709 | |
| (−) Ag or Timber Use Value Reduction: | − | $0 | |
| | | -------------------------- | |
| (=) Appraised Value: | = | $44,709 | |
| (−) HS Cap: | − | $0 | |
| | | -------------------------- | |
| (=) Assessed Value: | = | $44,709 | |

## Taxing Jurisdiction

Owner:         ZTE TX INC
% Ownership:  100.0000000000%
Total Value:   $44,709

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax | |
|---|---|---|---|---|---|---|
| 01 | AUSTIN ISD | 1.102700 | $44,709 | $44,709 | $493.00 | |
| 02 | CITY OF AUSTIN | 0.533500 | $44,709 | $44,709 | $238.52 | |
| 03 | TRAVIS COUNTY | 0.374359 | $44,709 | $44,709 | $167.37 | |
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | $44,709 | $44,709 | $0.00 | |
| 2J | TRAVIS COUNTY HEALTHCARE DISTRICT | 0.110306 | $44,709 | $44,709 | $49.31 | |

| 68 | AUSTIN COMM COLL DIST | 0.105800 | $44,709 | $44,709 | $47.30 |
|---|---|---|---|---|---|
| | Total Tax Rate: | 2.226665 | | | |

| | | | Taxes w/Current Exemptions: | $995.50 |
|---|---|---|---|---|
| | | | Taxes w/o Exemptions: | $995.52 |

## Improvement / Building

No improvements exist for this property.

## Land

No land segments exist for this property.

### Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2020 | $0 | $0 | 0 | 44,709 | $0 | $44,709 |
| 2019 | $0 | $0 | 0 | 52,591 | $0 | $52,591 |
| 2018 | $0 | $0 | 0 | 63,968 | $0 | $63,968 |
| 2017 | $0 | $0 | 0 | 112,997 | $0 | $112,997 |
| 2016 | $0 | $0 | 0 | 107,616 | $0 | $107,616 |
| 2015 | $0 | $0 | 0 | 123,533 | $0 | $123,533 |

### Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|

**Questions Please Call (512) 834-9317**

This site requires cookies to be enabled in your browser settings.

Website version: 1.2.2.30            Database last updated on: 10/23/2020 12:06 AM            © N. Harris Computer Corporation

EXHIBIT 14

| Form 401 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>**Filing Fee: See Instructions** | <br><br>**Statement of Change of<br>Registered Office/Agent** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801765781 11/02/2018<br>Document #: 847191180003<br>Image Generated Electronically<br>for Web Filing** |

## Entity Information

The name of the entity is :

## ZTE (TX) INC.

The file number issued to the entity by the secretary of state is: **801765781**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

## Ferguson, Braswell & Fraser, PC

## 2500 Dallas Parkway, Suite 600, Plano, TX, USA 75093

## Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

### Registered Agent Change

☑ A. The new registered agent is an organization by the name of:

## InCorp Services, Inc.

OR

☐ B. The new registered agent is an individual resident of the state whose name is:

### Registered Office Change

☑ C. The business address of the registered agent and the registered office address is changed to:

## 815 Brazos Street, Suite 500, Austin, TX, USA 78701

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

☑ B. The consent of the registered agent is maintained by the entity.

## Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **November 2, 2018**                    **Shan Chao**

| **Form 401** | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>**Filing Fee: See Instructions** | <br><br>**Statement of Change of<br>Registered Office/Agent** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801765781 05/14/2020<br>Document #: 970348970003<br>Image Generated Electronically<br>for Web Filing** |

### Entity Information

The name of the entity is :

## ZTE (TX) INC.

The file number issued to the entity by the secretary of state is: **801765781**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

## InCorp Services, Inc.

## 815 Brazos Street, Suite 500, Austin, TX, USA 78701

### Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

#### Registered Agent Change

☑A. The new registered agent is an organization by the name of:

## C T Corporation System

OR

☐B. The new registered agent is an individual resident of the state whose name is:

#### Registered Office Change

☑C. The business address of the registered agent and the registered office address is changed to:

## 1999 Bryan St. Suite 900, Dallas, TX, USA 75201-3136

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

#### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

☑B. The consent of the registered agent is maintained by the entity.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **May 14, 2020**                    **Chao Shan**

# EXHIBIT 15

00023790945    Filing Number: 801765781

147482C 380701

TX2014  05-102
Ver. 5.0  (Rev.9-13/32)

■ Tcode 13196

## Texas Franchise Tax Public Information Report
*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**



■ Taxpayer number

32050679813

■ Report year

2014

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | ZTE (TX) INC | ■ ☒ Check box if the mailing address has changed. |

| Mailing address | 1900 McCarthy Blvd., Suite 420 | Secretary of State (SOS) file number or Comptroller file number |
| City Milpitas | State CA | ZIP Code 95035 | Plus 4 | 0801765781 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 1900 McCarthy Blvd., Suite 420, Milpitas, CA 95035 |
| Principal place of business | 1900 McCarthy Blvd., Suite 420, Milpitas, CA 95035 |

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

*Please sign below!*

3205067981314

### SECTION A  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | m m d d y y |
| Zengqi Wu | CEO | ☒ YES | Term expiration |
| Mailing address 1900 McCarthy Blvd., Suite 420 | City Milpitas | State CA | ZIP Code 95035 |

| Name | Title | Director | m m d d y y |
| | | ☐ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | m m d d y y |
| | | ☐ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

### SECTION B  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |
| | | | |

### SECTION C  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| ZTE (USA) INC | NJ | 0800277748 | 100.00 |

Registered agent and registered office currently on file (see instructions if you need to make changes)    ☐ Check box if you need forms to change the registered agent or registered office information.

| Agent: Ferguson, Braswell & Fraser, PC |
| Office: 2500 Dallas Pkwy, Ste 501 | City Plano | State TX | ZIP Code 75093 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title | Date 10-24-2014 | Area code and phone number (972) 671-8885 |

**Texas Comptroller Official Use Only**



| VE/DE ☐ | PIR IND ☐ |



1019

00029230552

Filing Number: 801765781



147482C 480701

TX2015  05-102
Ver. 6.1  (Rev.9-13/32)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode  13196

■ Taxpayer number

32050679813

■ Report year

2015

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name  ZTE (TX) INC    ■ ☐ Check box if the mailing address has changed.

Mailing address  1900 McCarthy Blvd., Suite 420

City  Milpitas    State  CA    ZIP Code  95035    Plus 4

Secretary of State (SOS) file number or Comptroller file number

0801765781

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  1900 McCarthy Blvd. Ste 420 Milpitas, CA 95035

Principal place of business  1900 McCarthy Blvd. Ste 420 Milpitas, CA 95035

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

*Please sign below!*

3205067981315

## SECTION A  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| Zengqi Wu | CEO | [X] YES | m m d d y y |
| Mailing address  1900 McCarthy Blvd., Suite 420  City  Milpitas  State  CA  ZIP Code  95035 | | | |
| Name | Title | ☐ YES | m m d d y y |
| Mailing address  City  State  ZIP Code | | | |
| Name | Title | ☐ YES | m m d d y y |
| Mailing address  City  State  ZIP Code | | | |

## SECTION B  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ZTE (USA) INC | NJ | 0800277748 | 100.00 |

Registered agent and registered office currently on file (see instructions if you need to make changes)    ☐ Check box if you need forms to change the registered agent or registered office information.

Agent: Ferguson, Braswell & Fraser, PC

Office: 2500 Dallas Pkwy, Ste 501    City  Plano    State  TX    ZIP Code  75093

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶     Title  CFO    Date  11/6/15    Area code and phone number  (972) 671-8885


Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|



**Filing Number** 801765781



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise



■ Taxpayer number

| 3 | 2 | 0 | 5 | 0 | 6 | 7 | 9 | 8 | 1 | 3 |

■ Report year

| 2 | 0 | 1 | 8 |

*You have certain rights under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | ZTE (TX) INC | ○ Blacken circle if the mailing address has changed. ■ |
|---|---|---|

| Mailing address | 1900 McCarthy Blvd Suite 420 | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City   Milpitas | State | ZIP code plus 4   95035 | 0801765781 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office   1900 McCarthy Blvd Ste 420, Milpitas, CA, 95035 |
|---|
| Principal place of business   1900 McCarthy Blvd Ste 420, Milpitas, CA, 95035 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name   Zengqi Wu | Title   CEO | Director  ● YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address   1900 McCarthy Blvd Suite 420 | City   Milpitas | State   CA | ZIP Code   95035 | |

| Name | Title | Director  ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address | City | State | ZIP Code | |

| Name | Title | Director  ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address | City | State | ZIP Code | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent:   Ferguson, Braswell & Fraser, PC | |
| Office:   2500 Dallas Pkwy Ste 501 | City   Plano | State   TX | ZIP Code   75093 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution. |
|---|

| sign here ▶ | Matthew Wilpon | Title   CFO | Date   11/13/2018 | Area code and phone number  ( 972 )  671 - 8885 |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|