IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC.<br><br>Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-487<br>CIVIL ACTION NO. 6:20-cv-488<br>CIVIL ACTION NO. 6:20-cv-489<br>CIVIL ACTION NO. 6:20-cv-490<br>CIVIL ACTION NO. 6:20-cv-491<br>CIVIL ACTION NO. 6:20-cv-492<br>CIVIL ACTION NO. 6:20-cv-493<br>CIVIL ACTION NO. 6:20-cv-494<br>CIVIL ACTION NO. 6:20-cv-495<br>CIVIL ACTION NO. 6:20-cv-496<br>CIVIL ACTION NO. 6:20-cv-497<br><br>JURY TRIAL DEMANDED |

## ORDER

WHEREFORE, the Court, having before it the Motion to Dismiss or in the Alternative Transfer Venue filed by Defendant ZTE (USA) Inc. (the "Motion") and Plaintiff's response thereto, finds the motion should be denied. The Court hereby DENIES the Motion.

_____
Hon. Alan D. Albright

1