IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC.<br><br>    Defendants. | CIVIL ACTION NO. 6:20-cv-487<br>CIVIL ACTION NO. 6:20-cv-488<br>CIVIL ACTION NO. 6:20-cv-489<br>CIVIL ACTION NO. 6:20-cv-490<br>CIVIL ACTION NO. 6:20-cv-491<br>CIVIL ACTION NO. 6:20-cv-492<br>CIVIL ACTION NO. 6:20-cv-493<br>CIVIL ACTION NO. 6:20-cv-494<br>CIVIL ACTION NO. 6:20-cv-495<br>CIVIL ACTION NO. 6:20-cv-496<br>CIVIL ACTION NO. 6:20-cv-497<br><br>**JURY TRIAL DEMANDED** |

**OPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY OPPOSING DEFENDANTS' MOTION TO TRANSFER**

Plaintiff WSOU Investments, LLC doing business as Brazos Licensing and Development ("WSOU") respectfully requests leave to file the attached Sur-reply Opposing Defendants' Motions to Transfer. Plaintiff's request leave to file a sur-reply because Defendants make new arguments and allegations in their reply brief. Because these allegations and arguments were not included in Defendants' opening brief, Plaintiff had no opportunity to address them in its response. Plaintiff's proposed sur-reply is 5 pages and addresses only allegations and arguments raised for the first time in Defendants' reply brief. The parties conferred regarding this motion by phone on November 20, 2020 and by email on November 22, 2020. Defendants' oppose this motion.

1

Dated: November 27, 2020				Respectfully submitted,

/s/ *Ryan Loveless*					
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
Travis Lee Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on November 27, 2020 a true and correct copy of the foregoing document was served upon all counsel of record via email under this Court's Local Rules.

/s/ *Travis Richins*					
Travis Richins

## CERTIFICATE OF CONFERENCE

I certify that the parties conferred regarding this motion by phone on November 20, 2020 and by email on November 22, 2020. Defendants oppose this motion.

/s/ <i>Travis Richins</i><br>
Travis Richins