# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC.<br><br>Defendants. | CIVIL ACTION NO. 6:20-cv-487<br>CIVIL ACTION NO. 6:20-cv-488<br>CIVIL ACTION NO. 6:20-cv-489<br>CIVIL ACTION NO. 6:20-cv-490<br>CIVIL ACTION NO. 6:20-cv-491<br>CIVIL ACTION NO. 6:20-cv-492<br>CIVIL ACTION NO. 6:20-cv-493<br>CIVIL ACTION NO. 6:20-cv-494<br>CIVIL ACTION NO. 6:20-cv-495<br>CIVIL ACTION NO. 6:20-cv-496<br>CIVIL ACTION NO. 6:20-cv-497<br><br>**JURY TRIAL DEMANDED** |

## ORDER

WHEREFORE, the Court, having before it Plaintiff's Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss, finds the motion should be Granted. The Court hereby GRANTS the Motion.

_____

Hon. Alan D. Albright