# EXHIBIT C

| Agreed to and Entered Scheduling Order (Entered on October 30, 2020) | WSOU Proposal | ZTE Proposal | Item |
|---|---|---|---|
| **November 10, 2020** | **November 10, 2020** | **November 10, 2020** | Case Management Conference |
| **November 24, 2020** | **November 24, 2020** | No date submitted | Deadline for Motions to Transfer |
| **January 6, 2020** | **January 6, 2021** | **January 29, 2021** | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the two years preceding the filing of the Complaint, unless the parties agree to some other timeframe. |
| **January 22, 2021** | **January 22, 2021** | **February 12, 2021** | Parties exchange claim terms for construction. |
| **February 12, 2021** | **February 12, 2021** | **February 26, 2021** | Parties exchange proposed claim constructions. |
| **February 19, 2021** | **February 19, 2021** | **March 5, 2021** | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the |

– 21 –

| | | | |
|---|---|---|---|
| | | | identity of any expert witness they may rely upon in their opening brief with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| **February 26, 2021** | **February 26, 2021** | **March 12, 2021** | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| **March 12, 2021** | **March 12, 2021** | **March 19, 2021** | Plaintiff files Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| **April 9, 2021** | **April 9, 2021** | **April 9, 2021** | Defendant files Responsive claim construction briefs. |
| **April 28, 2021** | **April 23, 2021** | **April 23, 2021** | Plaintiff files Reply claim construction briefs. |
| **No date entered** | **May 7, 2021** | **May 7, 20201** | Defendant files a Sur-Reply claim construction brief |
| **May 5, 2021** | **May 12, 2021** | **May 12, 2021** | Parties submit Joint Claim Construction Statement and provide copies of briefs to the Court. |
| **May 10, 2021** | **May 13, 2021** | **May 13, 2021** | Parties submit option technical tutorials to the Court and technical advisor (if appointed). |
| **May 20-21, 2021** | **May 20-21, 2021** | **May 20-21, 2021** | *Markman* hearing at 9:00 a.m. |
| **May 24, 2021** | **May 24, 2021** | **May 24, 2021** | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| The parties are in agreement concerning the remaining dates. | | | |