– 28 –

# EXHIBIT E

| **Example Date Determination** ||
|---|---|
| **OGP Version 3.2 Deadline** | **Item** |
| (13 weeks after CMC or 10 weeks before *Markman* hearing) | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| ↕ 1 week between ↕ ||
| (14 weeks after CMC or 9 weeks before *Markman* hearing) | Plaintiff files Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| ↕ 3 weeks between ↕ ||
| (17 weeks after CMC or 6 weeks before *Markman* hearing) | Defendant files Responsive claim construction briefs. |