# EXHIBIT A

| Menu | Search | Bloomberg | Sign In | Subscribe |

**Quick Links**  Stocks  Currencies  Commodities  Rates & Bonds  Sectors  Watchlist

RECENTLY VIEWED COMPANIES

| MODERNA INC | TESLA INC | LUCKIN COFFE-ADR | NIO INC - ADR | APPLE INC | PFIZER INC |
| 150.73 | 590.80 | 3.26 | 38.20 | 123.05 | 40.16 |
| ▲ +7.73 | ▲ +21.98 | ▼ -0.08 | ▼ -1.50 | ▼ -0.04 | ▼ -0.65 |

# First Title Co of Waco LLC

First Title Company of Waco, LLC. provides title insurance services. The Company is located in the State of Texas.

| SECTOR | INDUSTRY | SUB-INDUSTRY | FOUNDED | ADDRESS |
|---|---|---|---|---|
| Financials | Insurance | Insurance | -- | 605 Austin Avenue Suite 6 Waco, TX 76701 United States |

| PHONE | WEBSITE | | NO. OF EMPLOYEES |
|---|---|---|---|
| 1-254-751-9911 | www.ftcwaco.com | | -- |



## Most Popular

Would you move to Tallahassee to make more money? Find your next career move with the new Bloomberg Work Wise.

Let's go

123.05 USD ▼ -0.04 -0.03%

### Cha-Ching. Earn Unlimited 1.5% Cash Rewards.
Wells Fargo Cash Wise Visa® | Sponsored

### Which credit card has the best travel rewards? See the list.
NerdWallet | Sponsored

### The best credit cards of 2020 all in one place. Take your pick.
NerdWallet | Sponsored

### Unlimited 1.5% Cash Rewards. $0 Annual Fee.
Wells Fargo Cash Wise Visa® | Sponsored

### China's Warning to the World
Bloomberg

### Goldman Sachs Says Dollar Could Fall by 6% in 2021
Bloomberg

### Earn 20K Bonus Points. $0 Annual Fee. Terms Apply.
Wells Fargo Propel® Card | Sponsored

### Dollar to Continue on Gradual Depreciation Path: UBP
Bloomberg

### A Weaker Dollar Lies Ahead, SocGen FX Strategist Juckes Says
Bloomberg

### The Dead Giveaway That Tells You What Is Amazon's Lowest Price

✕

Would you move to Tallahassee to make more money? Find your next career move with the new Bloomberg Work Wise.

Let's go

## People Also Search For

**DM1:IND**
**Generic 1st 'DM' Future**
30,030.00 USD ▲ +162.00 +0.54%

**CL1:COM**
**WTI Crude**
45.81 USD/bbl. ▲ +0.53 +1.17%

**INDU:IND**
**DJIA**
30,070.78 USD ▲ +186.99 +0.63%

**ES1:IND**
**Generic 1st 'ES' Future**
3,672.75 USD ▲ +5.50 +0.15%

**EURUSD:CUR**
**EUR-USD**
1.2147 USD ▲ +0.0032 +0.2641%

Would you move to Tallahassee to make more money? Find your next career move with the new Bloomberg Work Wise.

Let's go

✕

**New Stock Market Alert: Move Your Money Before 2021**
Stansberry Research

**Dealing with Volatility: What You Need to Know Now**
From Merrill

**This Company Stock has a 14.3% Dividend Yield. Get Top Stock Dividends**
Dependable Dividends

**Best 7 Dividend Stocks To Buy and Hold For Reliable Income**
MarketBeat.com

**Learn how to buy stocks**
NerdWallet

**Quiet Bull Market Erupting in One Tiny Sector**
Empire Financial Research

**Motley Fool Issues Rare "All In" Buy Alert**
The Motley Fool

**12 Overlooked Dividend Stocks That Hike Their Payouts Every Year**
Wealthy Retirement

Dianomi

Terms of Service  Do Not Sell My Info (California)  Trademarks  Privacy Policy
©2020 Bloomberg L.P. All Rights Reserved
Careers  Made in NYC  Advertise  Ad Choices  Contact Us  Help

Would you move to Tallahassee to make more money? Find your next career move with the new Bloomberg Work Wise.

Let's go