# EXHIBIT D

# ZTE (TX) INC.

**35640 Fremont Blvd #418, Fremont, CA 94536**

---

November 25, 2020

Travis Central Appraisal District
8314 Cross Park Dr, Austin
TX 78754, OH 45999-0023

Re : ZTE TX Inc. (Property ID : 841678)

Dear Sir/Madam,

ZTE TX Inc. closed its business located at 7000 N. MO-PAC Expressway 200, Austin, TX 78731 on 08/31/2018. All the employees were terminated, and all the business property were disposed. The Company continued to file 2019 and 2020 business property tax by mistake. Please see the attached updated rendition form and please help update our record and refund all the property tax paid by mistake.

If you need more information, please kindly contact me at 406-865-5281.

Very truly yours,

*[signature]*

Chao Shan
Vice President, HR and Administration
shan.chao@ztetx.com

TRAVIS CENTRAL APPRAISAL DISTRICT
8314 Cross Park Dr.
P.O. BOX 141864
Austin, Texas 78714-1864

For Assistance call (512)834-9317
TDD (512) 836-3328
WWW.TRAVISCAD.ORG

## CONFIDENTIAL Business Personal Property
### Rendition of Taxable Property FOR January 1, 2020

This document and all supporting documentation must be filed with the appraisal district office in the county in which the property is taxable. Do not be file this document with the Comptroller of Public Accounts.  Contact information for appraisal district offices may be found on the Comptroller's website.

### STEP 1: Business Name, Owner Address, Phone, Physical Location or Situs (Required)

Owner Name and Mailing Address
ZTE TX Inc
PO Box 2026
Arcadia, CA 91077-2026

Business Name: ZTE TX Inc,
Business Location: 7000 N. MO-PAC Expressway 200, Austin, TX 78731

Property ID: **841678**
REF ID: 00008416780000
Email Address: shan.chao@ztetx.com
Telephone (area code): 469-865-5281
Ownership Type (Optional): corporation

### STEP 2: Representation

Please indicate if you are filling out this form as:
[ ] Owner, employee, or employee of an affiliated entity of the owner
[ ] Authorized Agent
[ ] Fiduciary
[ ] Secured Party

Name of Owner, Authorized Agent, Fiduciary, or Secured Party

Present Mailing Address, City, State, Zip Code         Phone (area code and number)

Are you a secured party with a security interest in the property subject to this rendition and with a historical cost new of more than 50,000 as defined by the Tax Code Section 22.01 (c-1) and (c-2)?   [ ] Yes   [ ] No

If Yes, you must attach a document signed by the property owner indicating consent for you to file the rendition. Without the authorization, the rendition is not valid and cannot be processed.

### STEP 3: Affirmation of Prior Year Rendition (Check only if applicable and your assets were exactly the same as last year's rendition form.

[ ] By checking this box, I affirm that the information contained in the most recent rendition statement filed for a prior tax year (the _____ tax year) continues to be complete and accurate for the current tax year.

### STEP 4: Business Information (Optional)

Please address all that apply.
Business type: [ ] Manufacturing  [ ] Wholesale  [ ] Retail  [X] Service  [ ] New Business

R&D Service                                                       N/A
Business Description                                              Square Feet Occupied

                    08/24/2015
Business Sold Date   Business Start Date at Location              Sales Tax Permit Number

New Owner                                                         Business Moved Date
                                                                  08/31/2018  see the attacehd explanation

New Location         City, State Zip Code                         Business Closed Date
Did assets remain in place as of Jan.1?  [ ] Yes  [X] No   [X] The business owned no taxable assets in this county as of Jan. 1

### STEP 5: Market Value

Check the total market value of your property   [ ] Under $20,000   [ ] $20,000 or more

If you checked Under $20,000, please complete only Schedule A and if applicable, Schedule D. Otherwise complete Schedule(s) B, C, E, F and/or D, whichever are applicable.

When required by the chief appraiser, you must render any taxable property that you own or manage and control as a fiduciary on Jan. 1 [Tax Code Section 22.01(b)]. For this type of property, complete Schedule(s) A, B, C, D, E and/or F, whichever are applicable.

When required by the chief appraiser, you must file a report listing the name and address of each owner of taxable property that is in your possession or under your management on Jan. 1 by bailment, lease, consignment or other arrangement [Tax Code Section 22.04(a)]. For this type of property, complete Schedule D.

### STEP 6: Sign and Date Form

This form must be signed and dated. By signing this document, you attest that the information contained on it is true and correct to the best of your knowledge and belief. If you are a secured party, property owner, an employee of the property owner or an employee of a property owner on behalf of an affiliated entity of the property owner, print, sign and date on the lines below.  No notarization is required.

print here ▶ chao shan          sign here ▶ [signature]          Date 11.25.2020

If you are not a secured party, property owner, an employee of the property owner or an employee of a property owner on behalf of an affiliated entity of the property owner, print, sign and date on the lines below. Notarization is required.  I swear that the information provided on this form is true and correct to the best of my knowledge and belief.

print here ▶ _____          sign here ▶ _____          Date _____

Subscribed and sworn before me this ____ day of ____, 20 ____
Notary Public, State of Texas

If you make a false statement on this form, you could be found guilty of a Class A misdemeanor or a state jail felony under Penal Code Section 37.10.