# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § | C.A. NO. 6:20-cv-00487-ADA<br>C.A. NO. 6:20-cv-00488-ADA<br>C.A. NO. 6:20-cv-00489-ADA<br>C.A. NO. 6:20-cv-00490-ADA<br>C.A. NO. 6:20-cv-00491-ADA<br>C.A. NO. 6:20-cv-00492-ADA<br>C.A. NO. 6:20-cv-00493-ADA<br>C.A. NO. 6:20-cv-00494-ADA<br>C.A. NO. 6:20-cv-00495-ADA<br>C.A. NO. 6:20-cv-00496-ADA<br>C.A. NO. 6:20-cv-00497-ADA |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN THE ALTERNATIVE TO TRANSFER

The Court, having considered Defendants ZTE Corporation's, ZTE (USA) Inc.'s, and ZTE (TX), Inc.'s Motion in the alternative to Transfer this case to the Northern District of Texas, hereby ORDER that this case is TRANSFERRED to the Northern District of Texas.

SIGNED AND ENTERED this _____ day of _____, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE