# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-487 <br> CIVIL ACTION NO. 6:20-cv-488 <br> CIVIL ACTION NO. 6:20-cv-489 <br> CIVIL ACTION NO. 6:20-cv-490 <br> CIVIL ACTION NO. 6:20-cv-491 <br> CIVIL ACTION NO. 6:20-cv-492 <br> CIVIL ACTION NO. 6:20-cv-493 <br> CIVIL ACTION NO. 6:20-cv-494 <br> CIVIL ACTION NO. 6:20-cv-495 <br> CIVIL ACTION NO. 6:20-cv-496 <br> CIVIL ACTION NO. 6:20-cv-497 <br><br> **JURY TRIAL DEMANDED** |
| Plaintiff, | | |
| v. | | |
| ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC. | | |
| Defendants. | | |

## ORDER DENYING MOTION TO STAY

Before the Court is Defendants' Motion to Stay. After consideration of the Motion and the applicable law, the Court is of the opinion that the Motion should be **DENIED**.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Stay is **DENIED**.

SIGNED this _____ day of December, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE