# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00487-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00488-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00489-ADA |
| | § | CIVIL ACTION 6:20-cv-00490-ADA |
| | § | CIVIL ACTION 6:20-cv-00491-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00492-ADA |
| | § | CIVIL ACTION 6:20-cv-00493-ADA |
| | § | CIVIL ACTION 6:20-cv-00494-ADA |
| | § | CIVIL ACTION 6:20-cv-00495-ADA |
| ZTE CORPORAION, ZTE (USA) | § | CIVIL ACTION 6:20-cv-00496-ADA |
| INC, AND ZTE (TX), INC., | § | CIVIL ACTION 6:20-cv-00497-ADA |
| *Defendant.* | | |

## WSOU'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF CLAIM TERMS FOR CONSTRUCTION

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim terms for construction on Defendants ZTE Corporation, ZTE (USA) Inc., and ZTE (TX), Inc. via electronic mail on January 22, 2021.

DATED:  January 25, 2021               Respectfully submitted,

                                       By: */s/ Mark D. Siegmund*_____
                                       Mark D. Siegmund
                                       State Bar No. 24117055
                                       mark@waltfairpllc.com
                                       **Law Firm of Walt, Fair PLLC.**
                                       1508 North Valley Mills Drive
                                       Waco, Texas 76710
                                       Telephone: (254) 772-6400
                                       Facsimile: (254) 772-6432

                                       *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 25th day of January 2021.

                                       /s/ *Mark D. Siegmund*
                                       Mark D. Siegmund