IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | C.A. NO. 6:20-cv-00487-ADA |
| | § | C.A. NO. 6:20-cv-00488-ADA |
| | § | C.A. NO. 6:20-cv-00489-ADA |
| Plaintiff, | § | C.A. NO. 6:20-cv-00490-ADA |
| | § | C.A. NO. 6:20-cv-00491-ADA |
| v. | § | C.A. NO. 6:20-cv-00492-ADA |
| | § | C.A. NO. 6:20-cv-00493-ADA |
| ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC., | § § | C.A. NO. 6:20-cv-00494-ADA |
| | § | C.A. NO. 6:20-cv-00495-ADA |
| | § | C.A. NO. 6:20-cv-00496-ADA |
| Defendants. | § | C.A. NO. 6:20-cv-00497-ADA |
| | § | |

**DEFENDANTS' NOTICE OF COMPLIANCE REGARDING EXCHANGE OF CLAIM TERMS FOR CONSTRUCTION**

**TO THE HONORABLE COURT:**

Pursuant to the Court's First Amended Scheduling Order, Dkt. 45,[1] Defendants hereby notify the Court that Defendants served their proposed claim terms for construction on Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development via electronic mail on January 22, 2021.

---

[1] There are 11 pending cases. Citations throughout refer to new WDTX Case Nos. -00487 through -00497, and specific citations reference to the docket for WDTX Case No. -00487.

DATED:  January 25, 2021 	Respectfully submitted,

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
  Phone:  (571) 203-2700
  Fax:     (202) 408-4400

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 25, 2021.

                                                            */s/Lionel M. Lavenue*
                                                           Lionel M. Lavenue