**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **C.A. NO. 6:20-cv-00487-ADA** |
| **DEVELOPMENT,** | § | **C.A. NO. 6:20-cv-00488-ADA** |
| | § | **C.A. NO. 6:20-cv-00489-ADA** |
| *Plaintiff,* | § | **C.A. NO. 6:20-cv-00490-ADA** |
| | § | **C.A. NO. 6:20-cv-00491-ADA** |
| **v.** | § | **C.A. NO. 6:20-cv-00492-ADA** |
| | § | **C.A. NO. 6:20-cv-00493-ADA** |
| **ZTE CORPORATION, ZTE (USA) INC.** | § | **C.A. NO. 6:20-cv-00494-ADA** |
| **AND ZTE (TX), INC.,** | § | **C.A. NO. 6:20-cv-00495-ADA** |
| | § | **C.A. NO. 6:20-cv-00496-ADA** |
| *Defendants.* | § | **C.A. NO. 6:20-cv-00497-ADA** |
| | § | |

## DEFENDANTS' NOTICE OF COMPLIANCE REGARDING EXCHANGE OF SECOND NARROWED CLAIM TERMS FOR CONSTRUCTION

**TO THE HONORABLE COURT:**

Pursuant to the Court's First Amended Scheduling Order, Dkt. 45,[1] and the Court's February 26, 2021 e-mail order,[2] Defendants hereby notify the Court that Defendants served their second narrowed claim terms for claim construction on Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development via electronic mail on March 1, 2021.

Defendants reserve the remaining identified terms and maintain that they are indefinite, lack support, and/or are invalid under 35 U.S.C. §§ 112(a), (b), and (f).

---

[1] There are 11 pending cases.  Citations throughout refer to new WDTX Case Nos. -00487 through -00497, and specific citations reference to the docket for WDTX Case No. -00487.

[2] The e-mail order via e-mail exchanges between the parties and the Court are attached as Ex. 1, and the parties' associated charts referenced in the e-mail exchanges are attached as Ex. 2.

DATED:  March 2, 2021                        Respectfully submitted,

                                             /s/Lionel M. Lavenue
                                             Lionel M. Lavenue
                                             Virginia Bar No. 49,005
                                             lionel.lavenue@finnegan.com
                                             **FINNEGAN, HENDERSON, FARABOW,**
                                             **GARRETT & DUNNER, LLP**
                                             1875 Explorer Street, Suite 800
                                             Reston, VA 20190
                                               Phone:  (571) 203-2700
                                               Fax:      (202) 408-4400

                                             *Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system on March 2, 2021.

                                             /s/Lionel M. Lavenue
                                             Lionel M. Lavenue