# EXHIBIT 1

| | |
|---|---|
| **From:** | Lavenue, Lionel |
| **To:** | Robert Earle; Jim Etheridge; mark waltfairpllc.com |
| **Cc:** | Ryan Loveless; Travis Richins; Schulz, Bradford; Leonard, Katherine; Hines, Lisa |
| **Subject:** | RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission |
| **Date:** | Tuesday, March 2, 2021 1:31:01 PM |

Robby,

ZTE Defendants acknowledge the Court's Order, as issued last Friday, February 26, 2021.

First, as required by the Court's Order of February 26, 2021, Defendants will group the claim construction terms for briefing in accordance with the three groupings.

Second, as required by the Court's Order of February 26, 2021, Defendants will further reduce the terms for construction from 88 terms (that is, 8 per case) down to 36 terms (or, twelve claims per the 3 groups).

Third, by the Court's Order of February 26, 2021, Defendants will provide WSOU with the reduced 36 terms today, Tuesday, March 2, 2021, and Defendants respectfully decline the alternative option for accelerated briefing (that is, which would have accelerated Defendants' opening brief from April 9, 2021 to March 12, 2021); thus, with this declination, WSOU's initial claim construction brief for each group is due by March 12, 2021 (with Defendants' opening brief remaining due on April 9, 2021).

Regards,

Lionel

**From:** Robert Earle <Robert_Earle@txwd.uscourts.gov>
**Sent:** Friday, February 26, 2021 7:37 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; Jim Etheridge <jim@etheridgelaw.com>; mark waltfairpllc.com <mark@waltfairpllc.com>
**Cc:** Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

**EXTERNAL Email:**

Counsel,

My apologies for any delay in resolving this dispute. The winter weather we experienced here in Texas unfortunately hampered Courthouse operations. That said, the Court also recognizes that Plaintiff's Opening Brief is due on March 12 --- meaning that time is of the essence. Accordingly, the Court has worked to find a solution that reflects OGP 3.2 without putting an excessive burden on either party. The Court thus orders the following:

1. The patents in these cases shall be grouped as follows for the purposes of claim construction briefing:

    Group 1 (487, 488, 494, 49)
    Group 2 (489, 492, 495)
    Group 3 (490, 491, 493, 497)

2. ZTE is hereby ORDERED to comply with the following term limits:

| Group | Terms |
|---|---|
| 1 | 12 |
| 2 | 12 |
| 3 | 12 |

3. ZTE is hereby ORDERED to provide WSOU with its 36 terms, no later than Tuesday, March 2, 2021.

    **OR**

    If it is less burdensome, ZTE may choose to file the Opening Brief on March 12 (instead of WSOU) with WSOU's Responsive Brief being due on April 9, and so on. The Court understands that this is a deviation from its standard practice whereby Plaintiff generally submits the Opening Brief, but it feels such a deviation may be warranted in light of the timetable. If ZTE has any questions, it may feel free to contact the Court for further guidance. Either way, the Court would appreciate if ZTE would inform the Court of its choice at its earliest convenience.

Best,
Robby

**Robby Earle**
Law Clerk to the Hon. Alan D Albright
United States District Court - Western District of Texas
800 Franklin Avenue, Room 301
Waco, Texas 76701
Direct: (254) 750-1517
Robert_Earle@txwd.uscourts.gov

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Friday, February 12, 2021 10:29 PM
**To:** Jim Etheridge <jim@etheridgelaw.com>; mark waltfairpllc.com <mark@waltfairpllc.com>; Robert Earle <Robert_Earle@txwd.uscourts.gov>

**Cc:** Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

**CAUTION - EXTERNAL:**

Robby,

WSOU is incorrect. By WSOU claiming that the spreadsheet Is "historically accurate," WSOU concedes that it's inaccurate now; and, indeed, it was inaccurate when submitted. Such is improper, by WSOU.

The positions of the parties were represented in the single chart submission. WSOU's addition/introduction of the additional, inaccurate spreadsheet also violates the spirit of the joint submission process.

Regards,

Lionel

---

**From:** Jim Etheridge <jim@etheridgelaw.com>
**Sent:** Friday, February 12, 2021 11:01 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; mark waltfairpllc.com <mark@waltfairpllc.com>; Robert Earle <Robert_Earle@txwd.uscourts.gov>
**Cc:** Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

**EXTERNAL Email:**

Robbie,

The spreadsheet chart simply reflects an plain accounting of ZTE's terms. ZTE can't dispute that they identified 199 terms and that WSOU had to work thru each of them and identify a construction for each of those 199 terms. While ZTE may now argue that some terms are means-plus-function terms, the spreadsheet chart clearly identifies which terms they identify as means-plus-function. The chart is historically accurate and visually highlights the problem for the Court and why WSOU seeks its relief.

Cordially,
Jim

**Jim Etheridge** | Etheridge Law Group

2600 East Southlake Blvd | Suite 120-324 |Southlake, TX 76092

jim@etheridgelaw.com | T 817 470 7249 | F 817 887 5950

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Friday, February 12, 2021 6:25 PM
**To:** mark waltfairpllc.com <mark@waltfairpllc.com>; Robert Earle <Robert_Earle@txwd.uscourts.gov>
**Cc:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

Robby,

ZTE Defendants object to any extra submission by WSOU with known inaccuracies, especially as ZTE warned WSOU of the inaccuracies, specifically (and yet it was not corrected before submission).

Regards,

Lionel

---

**From:** mark waltfairpllc.com <mark@waltfairpllc.com>
**Sent:** Friday, February 12, 2021 7:21 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; Robert Earle <Robert_Earle@txwd.uscourts.gov>
**Cc:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

**EXTERNAL Email:**

Robby:

This chart is part of Plaintiff WSOU's position. While the ZTE Defendants are free to submit (via its own position) why it disagrees with Plaintiff WSOU's position, it is inappropriate to suggest that Plaintiff WSOU's should somehow be disregarded.

Sincerely,

Mark

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Friday, February 12, 2021 5:49 PM
**To:** mark waltfairpllc.com <mark@waltfairpllc.com>; Robert Earle <Robert_Earle@txwd.uscourts.gov>
**Cc:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

Robby,

ZTE Defendants object to the Excel spreadsheet, as just submitted by Plaintiffs WSOU. ZTE notified WSOU earlier today, specifically, that the Claim Summaries Excel chart is inaccurate, given ZTE Defendants' proposed claim constructions incorporating reductions of terms for construction (as-served today). As such, the chart is no longer current and provides little assistance in resolving the parties' dispute.

Regards,

Lionel

---

**From:** mark waltfairpllc.com <mark@waltfairpllc.com>
**Sent:** Friday, February 12, 2021 6:30 PM
**To:** Robert Earle <Robert_Earle@txwd.uscourts.gov>
**Cc:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Lavenue, Lionel <lionel.lavenue@finnegan.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** RE: WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

**EXTERNAL Email:**

Robby,

I forgot to include an excel spreadsheet that provides support for WSOU's position as outlined in the joint chart.

Sincerely,

Mark

---

**From:** mark waltfairpllc.com

**Sent:** Friday, February 12, 2021 3:01 PM
**To:** Robert Earle <Robert_Earle@txwd.uscourts.gov>
**Cc:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>; Lavenue, Lionel <lionel.lavenue@finnegan.com>; Schulz, Bradford <Bradford.Schulz@finnegan.com>; Leonard, Katherine <Katherine.Leonard@finnegan.com>; Hines, Lisa <Lisa.Hines@finnegan.com>
**Subject:** WSOU v. ZTE - 6:20-cv-487-497 - Request for Hearing and Joint Chart Submission

Robby,

Plaintiff WSOU has met and conferred with Defendant ZTE regarding a dispute concerning Markman briefing term limitations, and requests the Court's assistance and a hearing on this matter. Attached is the required joint chart outlining the issues and requested relief. We appreciate your assistance with this matter.

Sincerely,

**Mark Siegmund**
**Walt Fair, PLLC**
mark@waltfairpllc.com
1508 North Valley Mills Drive
Waco, Texas 76710-4462
Telephone: (254) 772-6400
Fax: (254) 772-6432
waltfairpllc.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.