UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC | § |
| | §   CIVIL NO: |
| vs. | §   WA:20-CV-00487-ADA |
| | § |
| ZTE CORPORATION, ZTE (USA), INC., | § |
| ZTE (TX), INC. | |

### ORDER SETTING DISCOVERY HEARING

  IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by zoom on **Wednesday, March 24, 2021 at 10:30 AM**. The link for the hearing will be sent by e-mail.

  IT IS SO ORDERED this 19th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE