# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00487-ADA |
| | § | |
| ZTE CORPORATION, ZTE (USA), INC., | § | |
| ZTE (TX), INC. | | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** by zoom on **Friday, May 21, 2021 at 09:00 AM**.

IT IS SO ORDERED this 27th day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE