IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> *Plaintiff*, <br><br> v. <br><br> ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC., <br><br> *Defendants*. | C.A. NO. 6:20-cv-00487-ADA <br> C.A. NO. 6:20-cv-00488-ADA <br> C.A. NO. 6:20-cv-00489-ADA <br> C.A. NO. 6:20-cv-00490-ADA <br> C.A. NO. 6:20-cv-00491-ADA <br> C.A. NO. 6:20-cv-00492-ADA <br> C.A. NO. 6:20-cv-00493-ADA <br> C.A. NO. 6:20-cv-00494-ADA <br> C.A. NO. 6:20-cv-00495-ADA <br> C.A. NO. 6:20-cv-00496-ADA <br> C.A. NO. 6:20-cv-00497-ADA |

**THIRD STATUS REPORT REGARDING PENDING VENUE MOTIONS**

Pursuant to the Court's March 23, 2021 Standing Order Regarding Motion for Inter-District Transfer ("Standing Order"), Defendants ZTE Corporation ("ZTE Corp."), ZTE (USA) Inc. ("ZTA"), and ZTE (TX), Inc. ("ZTX") (collectively "ZTE") provide the following third status report regarding the pending venue-related motions with respect to the eleven separate pending suits filed by Plaintiff WSOU Investments LLC D/B/A Brazos Licensing and Development ("WSOU"):[1]

1.  The *Markman* hearing for these cases was rescheduled/consolidated from May 20-21, 2021 to just May 21, 2021. *See* Dkt. 72. The *Markman* hearing remains several weeks before the conclusion of the venue discovery in the cases on June 4, 2021 (and the remaining briefing for the Second Motion to Dismiss), and is now just three weeks away. Thus, as outlined

---

[1] There are 11 pending cases. Citations throughout refer to new WDTX Case Nos. -00487 through -00497, and specific citations reference to the docket for WDTX Case No. -00487.

in the pending Motion to Stay (which is ripe for resolution), Dkt. No. 49, and in accordance with the Standing Order and Federal Circuit mandate/precedent,[2] Defendants again respectfully request that all issues unrelated to venue be stayed, pending the outcome of the Second Motion to Dismiss.

DATED:  May 4, 2021                                   Respectfully submitted,

/s/Lionel M. Lavenue
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone:  (571) 203-2700
Fax:     (202) 408-4400

**ATTORNEY FOR DEFENDANTS**

---

[2] *See In re TracFone Wireless, Inc.*, 2021-118, 2021 WL 865353 (Fed. Cir. Mar. 8, 2021) (district courts must give venue motions "top priority before resolving the substantive issues in the case"); *see also See In re Apple*, 979 F.3d 1332, 1337 (Fed. Cir. 2020) (resolution of venue issues should "unquestionably take top priority" in a case); and *In re SK Hynix Inc.*, No. 2021-113, 2021 WL 321071, at *1 (Fed. Cir. Feb. 1, 2021) (prioritization of venue considerations).

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 4, 2021.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
