IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-487-ADA <br> CIVIL ACTION NO. 6:20-cv-488-ADA <br> CIVIL ACTION NO. 6:20-cv-489-ADA <br> CIVIL ACTION NO. 6:20-cv-490-ADA <br> CIVIL ACTION NO. 6:20-cv-491-ADA <br> CIVIL ACTION NO. 6:20-cv-492-ADA <br> CIVIL ACTION NO. 6:20-cv-493-ADA <br> CIVIL ACTION NO. 6:20-cv-494-ADA <br> CIVIL ACTION NO. 6:20-cv-495-ADA <br> CIVIL ACTION NO. 6:20-cv-496-ADA <br> CIVIL ACTION NO. 6:20-cv-497-ADA |
| Plaintiff, | | |
| v. | | |
| ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC. | | |
| Defendants. | | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE TO**
**STATUS REPORT REGARDING PENDING VENUE MOTIONS**

WSOU respectfully files this Response to Defendants' Third Status Report Regarding Pending Venue Motions.

WSOU remains committed to completing venue discovery and filing its response to Defendants' pending motion to dismiss *before* June 4, 2021 but is waiting (1) on ZTE to finalize its production and (2) for a resolution of the discovery dispute WSOU raised with the Court in its April 26, 2021 email, seeking *inter alia* a deposition of ZTE Corporation. WSOU is prepared to move forward with a deposition of ZTE Corporation immediately upon an order from the court compelling ZTE to produce a witness.

Dated: May 6, 2021                    Respectfully submitted,

/s/ Ryan Loveless
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
Travis Lee Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I certify that on May 6, 2021 a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic delivery system under this Court's Local Rules.

/s/ Travis Richins
Travis Richins