# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC.<br><br>Defendants. | § CIVIL ACTION NO. 6:20-cv-487-ADA<br>§ CIVIL ACTION NO. 6:20-cv-488-ADA<br>§ CIVIL ACTION NO. 6:20-cv-489-ADA<br>§ CIVIL ACTION NO. 6:20-cv-490-ADA<br>§ CIVIL ACTION NO. 6:20-cv-491-ADA<br>§ CIVIL ACTION NO. 6:20-cv-492-ADA<br>§ CIVIL ACTION NO. 6:20-cv-493-ADA<br>§ CIVIL ACTION NO. 6:20-cv-494-ADA<br>§ CIVIL ACTION NO. 6:20-cv-495-ADA<br>§ CIVIL ACTION NO. 6:20-cv-496-ADA<br>§ CIVIL ACTION NO. 6:20-cv-497-ADA<br>§<br>§ **JURY TRIAL DEMANDED** |

## ORDER REGARDING VENUE DISCOVERY

Having considered the parties' positions at the May 11, 2021 hearing regarding venue discovery, the Court hereby orders the following:

1. Defendants are ordered to produce a witness on behalf of the ZTE entities by May 26, 2021 to testify on the previously noticed topics for such ZTE entities. The deposition is limited to four hours.

2. Defendants are ordered to produce the following sealed filings:

    a. Dkt. Nos. 37, 40, 41, 44, 65, 67, 69, 73, 74, 92, 126, 129, 145, 153 and 193 filed in *Seven Networks, LLC v. ZTE (ISA) Inc. and ZTE Corp.* ZTE (USA) Inc. and ZTE Corp., Civil Action No. 3:17-CV-1495 (N.D. Tex.);

    b. Dkt. Nos. 47 and 49 filed in *X-Mobile Technologies LLC v. ZTE Corporation, ZTE (TX) Inc., and ZTE (USA) Inc.*, Civil Action No. 4:17-cv-696 (E.D. Tex.);

    c. Dkt. Nos. 49, 51, 58, 59, 64, 66 filed in *Am. GNC Corp. v. ZTE Corp.*, Civil Action No. 4:17-CV-620, (E.D. Tex. Nov. 7, 2017);

    d. Dkt. Nos. 80 and 83 filed in *Fractus, S.A. v. ZTE Corporation et al.*, Civil Action No. 2:17-cv-00561-JRG (E.D. Tex.).

3. Defendants are ordered to produce venue discovery in its possession, custody, or control, including depositions and declarations, relating to the sealed filings listed above. To the extent Defendants can obtain such documents by requesting them from its counsel in the above listed counsel, Defendants are ordered to do so.

4.  Defendants have represented that they will produce, or have produced, the documents listed in **Exhibit A** attached to Plaintiff's chart submitted to the Court, to the extent such documents exist. If not already produced by the date of this order, Defendants are ordered to promptly produce such documents.

ORDERED this  20th  day of May , 2021.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**