# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br>　　　　Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA), INC. and ZTE (TX), INC.,<br>　　　　Defendants. | C.A. NO. 6:20-cv-00487-ADA<br>C.A. NO. 6:20-cv-00488-ADA<br>C.A. NO. 6:20-cv-00489-ADA<br>C.A. NO. 6:20-cv-00490-ADA<br>C.A. NO. 6:20-cv-00491-ADA<br>C.A. NO. 6:20-cv-00492-ADA<br>C.A. NO. 6:20-cv-00493-ADA<br>C.A. NO. 6:20-cv-00494-ADA<br>C.A. NO. 6:20-cv-00495-ADA<br>C.A. NO. 6:20-cv-00496-ADA<br>C.A. NO. 6:20-cv-00497-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants ZTE Corporation, ZTE (USA), Inc. and ZTE (TX), Inc., (collectively "ZTE"), notify the Court and the parties of the appearance of Bradford C. Schulz as counsel on its behalf. Defendants respectfully request that Mr. Schulz, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED:  July 2, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Bradford C. Schulz
　　　　　　　　　　　　　　　　　　　　　　Bradford C. Schulz
　　　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 91,057
　　　　　　　　　　　　　　　　　　　　　　bradford.schulz@finnegan.com
　　　　　　　　　　　　　　　　　　　　　　**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
　　　　　　　　　　　　　　　　　　　　　　1875 Explorer Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Reston, VA 20190
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (571) 203-2700
　　　　　　　　　　　　　　　　　　　　　　　Fax:　  (202) 408-4400

　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　　ZTE Corporation, ZTE (USA), Inc.,
　　　　　　　　　　　　　　　　　　　　　　ZTE (TX), Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 2, 2021.

>/s/Bradford C. Schulz
>Bradford C. Schulz