# DECLARATION OF RYAN LOVELESS

My name is Ryan Loveless. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am an attorney licensed to practice law in the State of Texas. I am with Etheridge Law Group in Southlake, Texas.

1. Attached as **Exhibit 1** are true and correct excerpts from the April 14, 2021 deposition of James Ray Wood.

2. Attached as **Exhibit 2** is a true and correct copy Exhibit 28 to the April 14, 2021 deposition of James Ray Wood, which is a true and correct copy of a franchise tax account status as of April 8, 2021.

3. Attached as **Exhibit 3** is a true and correct copy of Exhibit 33 to the April 14, 2021 deposition of James Ray Wood, which is a true and correct copy of a declaration signed by Mr. Wood.

4. Attached as **Exhibit 4** are true and correct excerpts from the May 26, 2021 deposition of James Ray Wood.

5. Attached as **Exhibit 5** is a true and correct copy of Exhibit 1 to the May 26, 2021 deposition of James Ray Wood, which is a true and correct copy of a Wireless Infrastructure Supply Contract between ZTE USA, Inc. and Gogo, LLC dated August 2011.

6. Attached as **Exhibit 6** is a true and correct copy of Exhibit 2 to the May 26, 2021 deposition of James Ray Wood, which is a true and correct copy of an Amendment to the Master Supply and Services Agreement between Gogo LLC and ZTE, dated August January 1, 2013.

7. Attached as **Exhibit 7** is a true and correct copy of Exhibit 3 to the May 26, 2021 deposition of James Ray Wood, which is a true and correct copy of Amendment No. 2 to the Master

Supply and Services Agreement between Gogo LLC and ZTE, dated August January 1, 2016.

8. Attached as **Exhibit 8** is a true and correct copy of Exhibit 4 to the May 26, 2021 deposition of James Ray Wood, which is a true and correct copy of Amendment No. 3 to the Master Supply and Services Agreement between Gogo LLC and ZTE, dated August January 1, 2017.

9. ZTE did not disclose its contracts with Gogo until after WSOU located public versions of the contracts and confronted ZTE. Even after ZTE was compelled to produce the Gogo contracts, ZTE failed to do so. WSOU obtained the copies attached to this declaration from public SEC filings made by Gogo. I personally searched ZTE's venue discovery and found no documents relating to Gogo. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

10. Similarly, ZTE did not disclose the alleged outsourcing of ZTE's service obligations to DFW Technology, Inc. until mid-May of 2021 and failed to disclose any information concerning services provided to Rise Broadband, producing only a settlement agreement with Rise, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. ZTE produced no documents relating to support services purchased by Rise Broadband.

11. Attached as **Exhibit 9** is a true and correct copy Exhibit 6 to the May 26, 2021 deposition of James Ray Wood, ██████████████████████████████████████████████.

12. Attached **as Exhibit 10** is a true and correct copy of a ████████████████ ██████████████████████████████████████.

13. Attached as **Exhibit 11** is a true and correct copy of a map showing the locations of warehouses used by ZTE and its logistics partner, Ceva.

14. Attached as **Exhibit 12** is a true and correct copy of a PR Newswire article about ZTE's partnership with Ceva.

15. Attached as **Exhibit 13** is a true and correct copy of Exhibit 10 to the April 14, 2021 deposition of James Ray Wood, which is a true and correct copy of a screenshot from the website of Ceva Logistics.

16. Attached as **Exhibit 14** are true and correct copies of various exhibits from the deposition of James Ray Wood, including true and correct copies of import records from Import Genius, a screenshot from Verizon.com, a screenshot from GlobalSpec, and screenshots from ZTE's website.

17. Attached as **Exhibit 15** is a true and correct copy of a ███████████████████████████████████████████████████████.

18. Attached as **Exhibit 16** is a true and correct copy of the declaration of Du Jin.

19. Attached as **Exhibit 17** is a true and correct copy of ███████████████████████████.

20. Attached as **Exhibit 18** are true and correct copies of Tweets posted by ZTE in January and February of 2020.

21. Attached as **Exhibit 19** are true and correct copies of photographs taken on May 25, 2021 at 12000 Hwy. 290 West Austin, Austin, TX 78736.

22. Attached as **Exhibit 20** is a true and correct copy of a Statement of Change of Registered Office/Agent.

23. Attached as **Exhibit 20** is a true and correct copy of a Statement of Change of

Registered Office/Agent.

24. Attached as **Exhibit 21** is a true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

25. Attached as **Exhibit 22** is a true and correct copy of a screenshot from the website of DFW Technology, Inc.

26. Attached as **Exhibit 23** are true and correct copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

27. Below are true and correct copies of images of Rise Broadband Coverage Maps I captured from https://broadbandnow.com/Rise-Broadband.



*/s/ Ryan S. Loveless*
Ryan S. Loveless