# Loveless Declaration Exhibit 1

Fully Redacted