# Loveless Declaration
# Exhibit 4

Fully Redacted