# Loveless Declaration Exhibit 10

Fully Redacted