# Loveless Declaration Exhibit 15

Fully Redacted