# Loveless Declaration Exhibit 17

Fully Redacted