# Loveless Declaration Exhibit 21

Fully Redacted