# Loveless Declaration Exhibit 23

Fully Redacted