# SUPPLEMENTAL DECLARATION OF RYAN LOVELESS

My name is Ryan Loveless. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am an attorney licensed to practice law in the State of Texas. I am with Etheridge Law Group in Southlake, Texas.

1. I signed a declaration on June 18, 2021 in support of WSOU's response opposing ZTE's motion to dismiss or transfer. My June 18, 2021 declaration accurately states that **Exhibit 9** to the declaration is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Citations within WSOU's response brief to **Exhibit 9** refer to replacement Exhibit 9 attached to this Supplemental Declaration of Ryan Loveless.

2. In my June 18, 2021 declaration, I also referenced public SEC filings made by Gogo (*see* ¶ 9) and attached several agreements between Gogo and ZTE as Exhibits 5 – 8. Paragraph 9 of my declaration, and the Gogo exhibits, should have also included a copy of the SEC filing located at https://ir.gogoair.com/node/8991/html, which is a Form 8-K filing by Gogo disclosing the location of Gogo towers, including the towers at the locations listed in paragraph 11 of the Supplemental 30(b)(6) Notice on ZTE, attached hereto as **Exhibit A.**

*/s/ Ryan S. Loveless*
Ryan S. Loveless