# Loveless Declaration Exhibit 9

**FULLY REDACTED**