# Supplemental Loveless Declaration Exhibit A

**FULLY REDACTED**