# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br>   *Defendants*. | § § § § § § § § § § § § | C.A. NO. 6:20-cv-00487-ADA<br>C.A. NO. 6:20-cv-00488-ADA<br>C.A. NO. 6:20-cv-00489-ADA<br>C.A. NO. 6:20-cv-00490-ADA<br>C.A. NO. 6:20-cv-00491-ADA<br>C.A. NO. 6:20-cv-00492-ADA<br>C.A. NO. 6:20-cv-00493-ADA<br>C.A. NO. 6:20-cv-00494-ADA<br>C.A. NO. 6:20-cv-00495-ADA<br>C.A. NO. 6:20-cv-00496-ADA<br>C.A. NO. 6:20-cv-00497-ADA |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

This Court, having considered Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development's Motion for Leave to File Sur-Reply, hereby ORDERS that this motion is DENIED.

SIGNED AND ENTERED this _____ day of _____, 2021.

                    _____
                    ALAN D. ALBRIGHT
                    UNITED STATES DISTRICT JUDGE