AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-CV-00487-ADA |
| ZTE CORPORATION ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT.

Date: 12/16/2021

/s/ Jonathan K. Waldrop

*Attorney's signature*

Jonathan K. Waldrop (CA Bar No. 297903)

*Printed name and bar number*

Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065

*Address*

jwaldrop@kasowitz.com

*E-mail address*

(650) 453-5170

*Telephone number*

(650) 453-5171

*FAX number*