AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT<br>*Plaintiff*<br>v.<br>ZTE CORPORATION ET AL.<br>*Defendant* | )<br>)<br>)   Case No.   6:20-CV-00487-ADA<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT        .

Date:     12/16/2021                                                                  /s/ Marcus A. Barber
                                                                                                    *Attorney's signature*

                                                                             Marcus A. Barber (CA Bar No. 307361)
                                                                                             *Printed name and bar number*

                                                                                         Kasowitz Benson Torres LLP
                                                                                       333 Twin Dolphin Drive, Suite 200
                                                                                       Redwood Shores, California 94065
                                                                                                         *Address*

                                                                                              mbarber@kasowitz.com
                                                                                                    *E-mail address*

                                                                                                  (650) 453-5170
                                                                                                *Telephone number*

                                                                                                  (650) 453-5171
                                                                                                    *FAX number*