AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT | ) |
| *Plaintiff* | ) |
| v. | ) |
| ZTE CORPORATION ET AL. | ) |
| *Defendant* | ) |

Case No.   6:20-CV-00487-ADA

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT                .

Date:      12/16/2021

/s/ John W. Downing
*Attorney's signature*

John W. Downing (CA Bar No. 252850)
*Printed name and bar number*

Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
*Address*

jdowning@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*