AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-CV-00487-ADA |
| ZTE CORPORATION ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT.

Date: 12/16/2021

/s/ Heather S. Kim
*Attorney's signature*

Heather S. Kim (CA Bar No. 277686)
*Printed name and bar number*

Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
*Address*

hkim@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*