AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT<br>*Plaintiff*<br>v.<br>ZTE CORPORATION ET AL.<br>*Defendant* | )<br>)<br>)  Case No. 6:20-CV-00487-ADA<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT .

Date: 12/16/2021

/s/ Paul G. Williams
*Attorney's signature*

Paul G. Williams (GA Bar No. 764925)
*Printed name and bar number*

Kasowitz Benson Torres LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, Georgia 30309
*Address*

pwilliams@kasowitz.com
*E-mail address*

(404) 260-6080
*Telephone number*

(404) 260-6081
*FAX number*