# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC | § |
| | § |
| vs. | §   NO:  WA:20-CV-00487-ADA |
| | § |
| ZTE CORPORATION, ZTE (USA), INC., ZTE (TX), INC. | § |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on March 02, 2022 at 02:00 PM.

IT IS SO ORDERED this 17th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE