IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | **CIVIL ACTION 6:20-cv-00487-ADA** |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00488-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00489-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-00490-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00491-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00492-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00493-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00494-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00495-ADA** |
| **ZTE CORPORATION,** | § | **CIVIL ACTION 6:20-cv-00496-ADA** |
| *Defendant.* | § | **CIVIL ACTION 6:20-cv-00497-ADA** |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEYS FROM CASE

**TO THE HONORABLE COURT:**

Counsel for Plaintiff WSOU Investments, LLC ("WSOU"), James L. Etheridge, Ryan S. Loveless, Travis L. Richins, Brett A. Mangrum, Jeffrey Huang, and Brian M. Koide, and their firm Etheridge Law Group, PPLC, hereby move to withdraw as counsel of record for Plaintiff.

The lawyers with Kasowitz Benson Torres, LLP and Steckler Wayne Cochran Cherry will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

Defense counsel is not opposed to this motion. Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED:  April 4, 2022          Respectfully submitted,

         */s/James L. Etheridge*
         James L. Etheridge
         Texas State Bar No. 24059147
         Ryan S. Loveless
         Texas State Bar No. 24036997
         Travis L. Richins
         Texas State Bar No. 24061296
         Brett A. Mangrum
         Texas State Bar No. 24065671
         Jeffrey Huang
         Brian M. Koide
         Nathan K. Cummings
         ETHERIDGE LAW GROUP, PLLC
         2600 E. Southlake Blvd., Suite 120 / 324
         Southlake, Texas 76092
         Telephone: (817) 470-7249
         Facsimile: (817) 887-5950
         Jim@EtheridgeLaw.com
         Ryan@EtheridgeLaw.com
         Travis@EtheridgeLaw.com
         Brett@EtheridgeLaw.com
         JeffH@EtheridgeLaw.com
         Brian@EtheridgeLaw.com

         *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 20, 2022, I, James Etheridge, conferred with Defendant regarding Etheridge Law Group's withdrawal from the case. Defendants are unopposed to this motion.

         */s/ James L. Etheridge*
         James L. Etheridge

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record as registered in the Court's system.

         */s/ James L. Etheridge*
         James L. Etheridge