IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION<br><br>    *Defendant.* | § § § § § § § § § § § § § § | C.A. NO. 6:20-cv-00487-ADA<br>C.A. NO. 6:20-cv-00488-ADA<br>C.A. NO. 6:20-cv-00489-ADA<br>C.A. NO. 6:20-cv-00490-ADA<br>C.A. NO. 6:20-cv-00491-ADA<br>C.A. NO. 6:20-cv-00492-ADA<br>C.A. NO. 6:20-cv-00493-ADA<br>C.A. NO. 6:20-cv-00494-ADA<br>C.A. NO. 6:20-cv-00495-ADA<br>C.A. NO. 6:20-cv-00496-ADA<br>C.A. NO. 6:20-cv-00497-ADA |

**ZTE CORPORATION'S NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW AND GRANT OF *EX PARTE* REEXAMINATION REGARDING ALL 11 OF THE ASSERTED PATENTS**

Defendant ZTE Corporation ("ZTE") respectfully notifies the Court that, as of August 4, 2022, all 11 of the asserted patents in the 11 cases, as filed against ZTE by WSOU Investments LLC d/b/a Brazos Licensing and Development ("WSOU"), are currently undergoing review, by the Patent Trial and Appeal Board ("PTAB") and/or the United States Patent and Trademark Office ("USPTO").

For four of the 11 patents, the PTAB instituted *inter partes* review for U.S. Patent Nos. 7,742,534 ("the '534 patent"); 7,203,505 ("the '505 patent"); 8,179,960 ("the '960 patent"); and 8,147,071 ("the '071 patent"). In addition, ZTE has also filed a request for *ex parte* reexamination on all claims of the '505 patent and the '534 patent, and those reexamination proceeding are pending.

For the other seven of the 11 patents, the USPTO has also granted *ex parte* reexaminations on all claims of U.S. Patent Nos. 7,487,240 ("the '240 patent"); 8,451,839 ("the '839 patent");

1

8,730,905 ("the '905 patent"); 9,185,036 ("the '036 patent"); 9,258,232 ("the '232 patent"); 9,294,060 ("the '060 patent"); and 7,489,929 ("the '929 patent"). All of these reexaminations are still pending.

A chart detailing the status of each patent is below.

| Asserted Patent | Status | Case No./Re-examination Application No. |
|---|---|---|
| 7,742,534 | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00699 |
| | Request for *ex parte* reexamination on all claims filed August 4, 2022 | N/A |
| 7,203,505 | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00698 |
| | Request for *ex parte* reexamination on all claims filed July 29, 2022 | N/A |
| 8,179,960 | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00696 |
| 8,147,071 | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00695 |

| | | |
|---|---|---|
| 7,487,240 | *Ex parte* reexamination granted on all claims by the USPTO on June 28, 2022 | 90/019,083 |
| 8,451,839 | *Ex parte* reexamination granted on all claims by the USPTO on June 28, 2022 | 90/019,078 |
| 8,730,905 | *Ex parte* reexamination granted on all claims by the USPTO on July 13, 2022 | 90/019,077 |
| 9,185,036 | *Ex parte* reexamination granted on all claims by the USPTO on July 1, 2022 | 90/019,086 |
| 9,258,232 | *Ex parte* reexamination granted on all claims by the USPTO on July 29, 2022 | 90/019,094 |
| 9,294,060 | *Ex parte* reexamination granted on all claims by the USPTO on July 12, 2022 | 90/015,031 |
| 7,489,929 | *Ex parte* reexamination granted on all claims by the USPTO on June 24, 2022 | 90/015,029 |

Now that all 11 of the asserted patents in the eleven cases are subject to review by the USPTO, ZTE plans to submit a forthcoming motion to stay, pending the outcome of these USPTO proceedings.

Date: August 10, 2022

/s/Lionel M. Lavenue
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
Bradford C. Schulz
Virginia Bar No. 91,057
Bradford.schulz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
  Phone:  (571) 203-2700
  Fax:     (202) 408-4400

  Attorneys for Defendant,
  ZTE Corporation

5

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 10, 2022.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
