## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | § **Civil Action No. 6:20-cv-00487-ADA-DTG** |
| | § **Civil Action No. 6:20-cv-00488-ADA-DTG** |
| | § **Civil Action No. 6:20-cv-00489-ADA-DTG** |
| | § **Civil Action No. 6:20-cv-00490-ADA-DTG** |
| *Plaintiff,* | § **Civil Action No. 6:20-cv-00491-ADA-DTG** |
| | § **Civil Action No. 6:20-cv-00493-ADA-DTG** |
| **v.** | § **Civil Action No. 6:20-cv-00494-ADA-DTG** |
| | § **Civil Action No. 6:20-cv-00495-ADA-DTG** |
| **ZTE CORPORATION,** | § **Civil Action No. 6:20-cv-00496-ADA-DTG** |
| | § **Civil Action No. 6:20-cv-00497-ADA-DTG** |
| *Defendant.* | § |
| | § **JURY TRIAL DEMANDED** |
| | § |
| | § |
| | § |
| | § |

## JOINT STATUS REPORT

**Joint Portion**:   Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant ZTE Corporation ("Defendant") hereby submit this Status Report notifying the Court of developments in accordance with the Court's Order for the above-captioned cases. *See* September 19, 2022, Motion to Stay Hearing Transcript at 29:8-15.

On October 13, 2022, the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision Determining All Challenged Claims Unpatentable for U.S. Patent No. 8,179,960. *See* Ex. 1 (IPR2021-00696, Paper 24).

On October 14, 2022, the PTAB issued a Final Written Decision Determining No Claims Unpatentable for U.S. Patent No. 7,203,505. *See* Ex. 2 (IPR2021-00698, Paper 25).

On October 14, 2022, the PTAB issued a Final Written Decision Determining All Challenged Claims Unpatentable for U.S. Patent No. 7,742,534.  *See* Ex. 3 (IPR2021-00699, Paper 33).

**Plaintiff's Additional Portion**:  Plaintiff understands that the Court ordered the parties to submit a status report regarding IPRs at the hearing on Defendant's Motion to Stay.  *See* September 19, 2022, Motion to Stay Hearing Transcript at 29:8-15 ("And so given that, I think that it weighs in favor of denying the stay and proceeding with the case. And -- but **I will order the parties to file a status notice of those three IPRs, that three being in the Case number 496, 490, and 497, file a status update regarding the IPRs on October 19th** which will gives us the -- let us know whether those cases are proceeding or not. And that may -- depending on the results of those final written decisions, that may eliminate three additional cause numbers.") (emphasis added); *see also* Proposed Order submitted to the Court on September 28, 2022 at ¶ 2 ("The Parties shall submit a status report on October 19, 2022 regarding the Patent Trial and Appeal Board's decisions on pending *Inter Partes* Reviews related to Civil Action No. 6:20-cv-00490-ADA (Patent No. 8,179,960), Civil Action No. 6:20-cv-00496-ADA (Patent No. 7,742,534), and Civil Action No. 6:20-cv-00497-ADA (Patent No. 7,203,505).").  The USPTO has not yet issued any final decisions on any of Defendant's requests for *ex parte* reexamination, which are still pending.

**Defendant's Additional Portion**:  On October 14, 2022, the USPTO issued a Non-Final Office Action Rejecting All Claims for U.S. Patent No. 9,185,036.  *See* Ex. 4 (Re-Examination Application No. 90/019,086).

On October 5, 2022, the USPTO issued a Non-Final Office Action Rejecting All Claims for U.S. Patent No. 7,489,929.  *See* Ex. 5 (Re-Examination Application No. 90/015,029).

All of the above-captioned cases remain active (i.e., the cases are not stayed and have not been dismissed with prejudice).

An update to Defendant's previously submitted summary chart is provided below. Dkt. Dkt. 244, pp. 3-4.[1]

| Asserted Patent (Case No.) | Status | Case No./Re-examination Application No. | Update |
|---|---|---|---|
| 7,742,534 (-496) | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00699 | October 14, 2022, Final Written Decision determining all claims unpatentable. *See* Ex. 3. |
| | Request for *ex parte* reexamination on all claims filed August 4, 2022 | 90/019,106 | N/A |
| 7,203,505 (-497) | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00698 | October 14, 2022, Final Written Decision determining no claim unpatentable. *See* Ex. 2. |
| | Request for *ex parte* reexamination on all claims filed July 29, 2022 | 09/941,851 | N/A |
| 8,179,960 (-490) | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00696 | October 13, 2022, Final Written Decision determining all claims unpatentable. *See* Ex. 1. |
| 8,147,071 (-492)[2] | *Inter partes* review instituted on all claims by the PTAB | IPR2021-00695 | September 1, 2022, Final Written Decision determining all claims unpatentable. *See* Dkt. 250, Ex. 32. |
| 7,487,240 (-489) | *Ex parte* reexamination granted on all claims by the USPTO on June 28, 2022 | 90/019,083 | N/A |
| 8,451,839 (-487) | *Ex parte* reexamination granted on all claims by the USPTO on June 28, 2022 | 90/019,078 | N/A |
| 8,730,905 (-491) | *Ex parte* reexamination granted on all claims by the USPTO on July 13, 2022 | 90/019,077 | N/A |

---

[1] Unless otherwise noted, references to "Dkt." are to Case No. 6:20-cv-00487-ADA.
[2] Plaintiff dismissed with prejudice case no. 6:22-cv-00492 on October 3, 2022.

| | | | |
|---|---|---|---|
| 9,185,036 (-494) | *Ex parte* reexamination granted on all claims by the USPTO on July 1, 2022 | 90/019,086 | October 14, 2022, Non-Final Office Action rejecting all claims. *See* Ex. 4. |
| 9,258,232 (-495) | *Ex parte* reexamination granted on all claims by the USPTO on July 29, 2022 | 90/019,094 | N/A |
| 9,294,060 (-493) | *Ex parte* reexamination granted on all claims by the USPTO on July 12, 2022 | 90/015,031 | N/A |
| 7,489,929 (-488) | *Ex parte* reexamination granted on all claims by the USPTO on June 24, 2022 | 90/015,029 | October 5, 2022, Non-Final Office Action rejecting all claims. *See* Ex. 5. |

DATED:  October 19, 2022                      Respectfully submitted,


*/s/ Jonathan K. Waldrop*                      */s/ Lionel M. Lavenue*
Jonathan K. Waldrop (CA Bar No. 297903)        Lionel M. Lavenue
(Admitted in this District)                    Virginia Bar No. 49,005
jwaldrop@kasowitz.com                          lionel.lavenue@finnegan.com
Darcy L. Jones (CA Bar No. 309474)             **FINNEGAN, HENDERSON, FARABOW,**
(Admitted in this District)                    **GARRETT & DUNNER, LLP**
djones@kasowitz.com                            1875 Explorer Street, Suite 800
Marcus A. Barber (CA Bar No. 307361)           Reston, VA 20190
(Admitted in this District)                    Phone:  (571) 203-2700
mbarber@kasowitz.com                           Fax:     (202) 408-4400
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com                          Attorney for Defendant,
Heather S. Kim (CA Bar No. 277686)             ZTE Corporation
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Chen Jia (CA Bar No. 281470)
(Admitted in this District)
cjia@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
Hershy Stern (NY Bar No. 4631024)
(Admitted *pro hac vice*)
hstern@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Lea Dartevelle Erhel (NY Bar No. 5172101)
(Admitted *pro hac vice*)
ldartevelle@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
Jessica C. Sutliff (NY Bar No. 2772150)
(Admitted *pro hac vice*)
jsutliff@kasowitz.com

Ryan A. Madden (NY Bar No. 5706080)
(Admitted *pro hac vice*)
rmadden@kasowitz.com
Shelley Ivan (NY Bar No. 4338067)
(Admitted *pro hac vice*)
sivan@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE
PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE
PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

Attorneys for Plaintiff,
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served or delivered electronically to all counsel of record, on this 19th day of October, 2022, via the Court's CM/ECF system.

*/s/ Lionel M. Lavenue*
Lionel M. Lavenue