# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ZTE CORPORATION,**<br><br>*Defendant.* | **Civil Action No. 6:20-cv-00487-ADA**<br>**Civil Action No. 6:20-cv-00488-ADA**<br>**Civil Action No. 6:20-cv-00489-ADA**<br>**Civil Action No. 6:20-cv-00490-ADA**<br>**Civil Action No. 6:20-cv-00491-ADA**<br>**Civil Action No. 6:20-cv-00492-ADA**<br>**Civil Action No. 6:20-cv-00493-ADA**<br>**Civil Action No. 6:20-cv-00494-ADA**<br>**Civil Action No. 6:20-cv-00495-ADA**<br>**Civil Action No. 6:20-cv-00496-ADA**<br>**Civil Action No. 6:20-cv-00497-ADA** |

## ORDER REGARDING DISCOVERY DISPUTES

This Court, having considered disputes raised by Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") against Defendant ZTE Corporation ("Defendant") during the September 19, 2022, Discovery Hearing, hereby ORDERS the following:

1. Plaintiff's request to compel Defendant to identify by bates numbers categories of technical documents for each Accused Products is GRANTED-IN-PART and DENIED-IN-PART without prejudice. The Court will not require Defendant to identify by bates numbers technical documents for each categories of documents indicated at Exhibit 1, however, Defendant shall identify the bates ranges for technical documents referenced in Column C of Exhibit B.

2. The Parties are encouraged to complete depositions. If specific, relevant technical documents are identified during the depositions, Plaintiff is invited to contact the Court to seek the production of such document. To the extent that relevant documents are produced after a deposition, the Court shall re-open depositions.

3. Plaintiff's request to compel compliance with the May 12, 2022, and May 26, 2022, Orders of this Court (Dkt. Nos. 222 and 231) is GRANTED-IN-PART and DENIED-IN-PART. Defendant shall, within seven (7) days (no later than September 26, 2022), identify by bates numbers documents produced for each Accused Product in response to the categories identified in columns D through J at Exhibit 2, or specify that after diligent search, no such information has been located. With regard to compliance with the May 26, 2022 Order seeking production of ZTE's financial database, Defendants shall within seven (7) days (no later than September 26, 2022), either (1) provide the entire database to Plaintiff, whether imaged or in native, or alternatively (2) provide Plaintiff with a list of every data field maintained in the database. If Defendant choses to provide Plaintiff with a list of all fields, Defendant shall produce or run a query on the fields requested by Plaintiff within seven (7) days (no later than October 3, 2022). In the event of a dispute over the specific fields provided by Defendant, the Court shall order production of the entire database.

4. The parties shall submit a proposed Joint Scheduling Order with revised deadlines for close of fact discovery and opening expert report submissions within seven (7) days (no later than September 26, 2022).

Signed this 21st day of October, 2022.

_____
DEREK GILLILAND
UNITED STATES MAGISTRATE JUDGE