# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ZTE CORPORATION,**<br><br>*Defendant.* | **Civil Action No. 6:20-cv-00487-ADA**<br>**Civil Action No. 6:20-cv-00488-ADA**<br>**Civil Action No. 6:20-cv-00489-ADA**<br>**Civil Action No. 6:20-cv-00490-ADA**<br>**Civil Action No. 6:20-cv-00491-ADA**<br>**Civil Action No. 6:20-cv-00492-ADA**<br>**Civil Action No. 6:20-cv-00493-ADA**<br>**Civil Action No. 6:20-cv-00494-ADA**<br>**Civil Action No. 6:20-cv-00495-ADA**<br>**Civil Action No. 6:20-cv-00496-ADA**<br>**Civil Action No. 6:20-cv-00497-ADA** |

## ORDER REGARDING DEFENDANT ZTE CORPORATION'S MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF *INTER PARTES* REVIEW AND/OR *EX PARTE* REEXAMINATION

This Court, having considered Defendant ZTE Corporation ("Defendant") Motion to Stay All Proceedings Pending Resolution of *Inter Partes* Review and/or *Ex Parte* Reexamination ("Motion to Stay") during the September 19, 2022 Hearing, hereby ORDERS the following:

1. Defendant's request to stay all proceedings pending resolution of *Inter Partes* review and/or *Ex Parte* reexamination of the asserted patents is DENIED without prejudice as to Civil Action Nos. 6:20-cv-00487-ADA, 6:20-cv-00488-ADA, 6:20-cv-00489-ADA, 6:20-cv-00490-ADA, 6:20-cv-00491-ADA, 6:20-cv-00493-ADA, 6:20-cv-00494-ADA, 6:20-cv-00495-ADA, 6:20-cv-00496-ADA, 6:20-cv-00497-ADA. After careful consideration of the parties' briefing and oral arguments made at the hearing, the Court finds that given the advanced stage of these cases, judicial economy weighs strongly in favor of allowing these litigations to continue.

2. The Parties shall submit a status report on October 19, 2022, regarding the Patent Trial and Appeal Board's decisions on pending *Inter Partes* Reviews related to Civil Action No.

6:20-cv-00490-ADA (Patent No. 8,179,960), Civil Action No. 6:20-cv-00496-ADA (Patent No. 7,742,534), and Civil Action No. 6:20-cv-00497-ADA (Patent No. 7,203,505).

Defendant's Motion to Stay Civil Action No. 6:20-cv-00492-ADA for Patent No. 8,147,071 is GRANTED IN PART.  The Parties shall dismiss Civil Action No. 6:20-cv-00492-ADA for Patent No. 8,147,071 within fourteen (14) days, no later than October 3, 2022, date after which the Court will enter an order staying Civil Action No. 6:20-cv-00492-ADA.]

Signed this 21st day of October, 2022.

                                                                DEREK GILLILAND
                                                                UNITED STATES MAGISTRATE JUDGE