IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>ZTE CORPORATION,<br><br>*Defendant.* | Civil Action No.: 6:20-cv-00487-ADA<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO STAY BRIEFING DEADLINES FOR SUMMARY JUDGMENT OF INVALIDITY FOR LACK OF SUBJECT MATTER ELIGIBILITY (DKT. 260)**

This Court, having considered an unopposed motion by Defendant ZTE Corporation ("Defendant") to stay briefing deadlines for the Summary Judgment of Invalidity for Lack of Subject Matter Eligibility under 35 U.S.C. § 101 (Dkt. 260), and having considered the non-opposition by Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff"), hereby ORDERS a stay to all briefing deadlines for the Summary Judgment of Invalidity for Lack of Subject Matter Eligibility under 35 U.S.C. § 101 (Dkt. 260) until the Court resolves the forthcoming underlying discovery issues therein.

The above briefing stay does not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Signed this 8th day of November, 2022.

_____
DEREK GILLILAND
UNITED STATES MAGISTRATE JUDGE