**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | § § § § § § § § § § § § | **Civil Action No. 6:20-cv-00487-ADA** |
| | | **Civil Action No. 6:20-cv-00488-ADA** |
| | | **Civil Action No. 6:20-cv-00489-ADA** |
| | | **Civil Action No. 6:20-cv-00490-ADA** |
| *Plaintiff,* | | **Civil Action No. 6:20-cv-00491-ADA** |
| | | **Civil Action No. 6:20-cv-00493-ADA** |
| **v.** | | **Civil Action No. 6:20-cv-00494-ADA** |
| | | **Civil Action No. 6:20-cv-00495-ADA** |
| **ZTE CORPORATION,** | | **Civil Action No. 6:20-cv-00496-ADA** |
| | | **Civil Action No. 6:20-cv-00497-ADA** |
| *Defendant.* | | |

**UNOPPOSED MOTION FOR
WITHDRAWAL OF COUNSEL FROM CASE**

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos")

hereby moves to withdraw attorney Shelley Ivan as counsel of record for Plaintiff.

Lawyers with Kasowitz Benson Torres LLP and Mark Siegmund with Steckler Wayne

Cherry & Love PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Brazos or any

other party to this action.

Defendant is not opposed to this motion.

Dated:  November 22, 2022

Respectfully submitted,

By: /s/ Jonathan K. Waldrop
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    Chen Jia (CA Bar No. 281470)
    (Admitted in this District)
    cjia@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

    Charles A. Naggar (NY Bar No. 5356449)
    (Admitted pro hac vice)
    cnaggar@kasowitz.com
    Hershy Stern (NY Bar No. 4631024)
    (Admitted pro hac vice)
    hstern@kasowitz.com
    Howard L. Bressler (NY Bar No. 2487379)
    (Admitted pro hac vice)
    hbressler@kasowitz.com
    Julianne Laporte (NY Bar No. 5547906)
    (Admitted pro hac vice)
    jlaporte@kasowitz.com

2

Lea Dartevelle Erhel (NY Bar No. 5172101)
(Admitted pro hac vice)
ldartevelffle@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted pro hac vice)
jwhitehill@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted pro hac vice)
ndorman@kasowitz.com
Jessica C. Sutliff (NY Bar No. 2772150)
(Admitted pro hac vice)
jsutliff@kasowitz.com
Ryan A. Madden (NY Bar No. 5706080)
(Admitted pro hac vice)
rmadden@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
Melissa S. Ruiz (TX Bar No. 24128097)
melissa@swclaw.com
**STECKLER WAYNE CHERRY &
LOVE PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY &
LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT**

3

**CERTIFICATE OF CONFERENCE**

This is to certify that on November 21, 2022, counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development conferred with counsel for Defendant regarding the contents of this motion, and counsel for Defendant are unopposed.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record on this 22nd day of November, 2022, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop